Case 3:13-cv-00973-SRU   Document 4   Filed 04/05/13   Page 1 of 1
Case 10-05066   Doc 35   Filed 04/05/13   Entered 04/05/13 14:32:17   Desc
Transmittal of Documents to DC   Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

## TRANSMITTAL FORM OF DOCUMENTS TO DISTRICT COURT

In re: SageCrest II LLC and Sagecrest Holding Limited
Bankruptcy Case No. 08-50754
Adversary Case No. 10-5066
Re: Misc. No.
Re: Appeal No.

**I. The following documents are enclosed for disposition in your court.**

1. ( xx ) Motion to Withdraw Reference
2. ( ) Motion for Leave to file appeal
*3. ( ) Answer/Objection to Motion for Leave to file appeal
4. ( ) Motion for Default Judgment, with submission Under 28USC§157(c)(1)
5. (xx ) Docket Sheet available through Pacer
*6. ( ) Case/Adversary file per Order granting Motion to Withdraw Reference
7. ( ) Other

By _____
  Penny Burton
  Deputy Clerk, USBC                           Date: 4/5/13

---

### Acknowledgment (please return a copy to sender)

Misc. Case # 3:13mc60-WWE    *(misc. number will not be assigned)

X   I hereby acknowledge receipt of the above named items.

By Phyllis Malone-NH                           Date 4/5/2013
  Deputy Clerk, USDC