UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
SAGECREST II, LLC

       Plaintiff,

   v.

IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,

       Defendants.
------------------------------------------------------------------ x

Case No. 3:13-mc-00060-WWE

April 25, 2013

**PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF TIME**

   Pursuant to Federal Rules of Civil Procedure 12 and Local Rule 7(b), Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust, the assignee of all of the assets of SageCrest II, LLC, respectfully moves for an extension of time until May 3, 2013 to oppose Defendants' motion to withdraw the reference.  Pursuant to Local Rule 7(b)3, the undersigned counsel consulted with counsel for Defendants regarding this motion, and Defendants' counsel consented to the requested extension of time.  This is the first motion filed requesting an extension of time to oppose Defendants' motion to withdraw the reference.

Dated: New York, New York
April 25, 2013

Respectfully submitted,

**PLAINTIFF JOHN D. HUBER, as Trustee of the SageCrest Liquidating Trust**

By: /s/ James Berman
     James Berman (ct06027)
For ZEISLER & ZEISLER P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
jberman@zeislaw.com

– and –

Mark E. McGrath (ct28814)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
mmcgrath@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2013, I caused a copy of the foregoing to filed electronically and served by mail on any person unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ James Berman
James Berman