UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| SAGECREST II, LLC,<br><br>                           Plaintiff,<br><br>v.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>                           Defendants. | Case No. 3:13-mc-00060-WWE<br><br>**THIRD MOTION ON CONSENT FOR AN EXTENSION OF TIME**<br><br>May 16, 2013 |

---

        Pursuant to Federal Rules of Civil Procedure 12 and Local Rule 7(b), Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust, the assignee of all of the assets of SageCrest II, LLC, respectfully moves for an extension of time until May 31, 2013 to oppose Defendants' motion to withdraw the reference.  The reason for the request is that the parties are discussing the motion and the potential resolution of the motion.

        Prior to the filing of Defendants' motion to withdraw the reference, this adversary proceeding, known to the parties as the "Assigned Loan Action," had been stayed by the Honorable Alan H. W. Shiff.  The other adversary proceeding, which the parties refer to as the "2-Year Note Action," was active and scheduled for a May 1, 2013 trial.  As a result of the filing of Defendants' motion to withdraw the reference, the 2-Year Note Action was assigned to the Honorable Stefan R. Underhill and this action was assigned to this Court.  Because the 2-Year Note Action is the active action between the parties, the parties believe that this action should be transferred to Judge Underhill so that he can decide the motion to withdraw the reference.   The parties are discussing the procedure to accomplish such a transfer.   The transfer of this action

will permit the conservation of judicial resources and eliminate any chance of inconsistent rulings.

Pursuant to Local Rule 7(b)3, the undersigned counsel consulted with counsel for Defendants regarding this motion, and Defendants' counsel consented to the requested extension of time.  This is the third motion filed requesting an extension of time to oppose Defendants' motion to withdraw the reference.

Dated: New York, New York
May 16, 2013

Respectfully submitted,

**PLAINTIFF JOHN D. HUBER, as Trustee of the SageCrest Liquidating Trust**

By:    / s / James Berman
      James Berman (ct06027)
For   ZEISLER & ZEISLER P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
jberman@zeislaw.com

– and –

Mark E. McGrath (ct28814)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700
mmcgrath@sheppardmullin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2013, I caused a copy of the foregoing to filed electronically and served by mail on any person unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                        By:   / s / James Berman
                                                                          James Berman