UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------ x
 :
SAGECREST II, LLC :
 :
 :
                            Plaintiff, : Case No. 3:13-mc-00060-WWE
 :
                               v. :
 : **NOTICE OF RELATED CASE**
IAN S. PECK, ACG CREDIT COMPANY II LLC, :
ACG FINANCE COMPANY, LLC, FINE ART :
FINANCE LLC, ART CAPITAL GROUP, LLC, :
ART CAPITAL GROUP INC., and ACG CREDIT : May 31, 2013
COMPANY, LLC, :
 :
                            Defendants. :
------------------------------------------------------------------ x

       Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust ("Plaintiff"), respectfully notifies the Court that the above-referenced case is related to a pending case assigned to the Honorable Stefan R. Underhill involving the same parties: Case No. 3:13-mc-00061-SRU.

       Prior to the filing of the motion to withdraw the reference by Defendants Ian S. Peck, ACG Credit Company II LLC, ACG Finance Company LLC, Fine Art Finance LLC, Art Capital Group LLC, Art Capital Group Inc., and ACG Credit Company LLC (collectively, the "Defendants"), this action, known to the parties as the "Assigned Loan Action," and another related action, known to the parties as the "2-Year Note Action," were both pending in front of the Honorable Alan H. W. Shiff in the United States Bankruptcy Court in the District of Connecticut as Adversary Proceeding Nos. 10-05066 and 10-05042, respectively. Although the two actions involved distinct sets of facts, both involved the same parties and similar legal claims. At the time the actions were withdrawn, this action had been stayed but the 2-Year Note Action was active and scheduled for a May 1, 2013 trial. Defendants' motion to withdraw the

reference resulted in this action being assigned to this Court and the 2-Year Note Action was assigned to Judge Underhill.

Plaintiff will be filing a joint motion to transfer this action to Judge Underhill as well as a motion for a fourth extension of time to respond to Defendants' motion to withdraw the reference. Defendants' counsel agreed to the transfer to Judge Underhill but have not provided any comments on the language contained in the motion that is being filed.

Dated: New York, New York
May 31, 2013

Respectfully submitted,

**PLAINTIFF JOHN D. HUBER, as Trustee of the SageCrest Liquidating Trust**

By:  / s / James Berman
    James Berman (ct06027)
For ZEISLER & ZEISLER P.C.
    558 Clinton Avenue
    Bridgeport, Connecticut 06605
    Telephone: (203) 368-4234
    jberman@zeislaw.com

– and –

Robert S. Friedman (admitted *pro hac vice* in Adversary Proceedings)
Mark E. McGrath (ct28814)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
rfriedman@sheppardmullin.com
mmcgrath@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2013, I caused a copy of the foregoing to filed electronically and served by mail on any person unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                  By: / s / James Berman
                      James Berman