UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 JUN -4  P 4:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN RE SAGECREST II LLC
IN RE SAGECREST HOLDING LIMITED :

Bankruptcy Case 08-50754

JOHN D. HUBER, AS TRUSTEE OF THE :
SAGECREST LIQUIDATING TRUST,

    Plaintiffs,

V.

Case Number: 3:13mc60 (WWE)

IAN S. PECK,
ACG CREDIT COMPANY II LLC,
ACG FINANCE COMPANY, LLC,
FINE ART FINANCE LLC,
ART CAPITAL GROUP, LLC,
ART CAPITALGROUP INC.,
and ACG CREDIT COMPANY, LLC,

    Defendants.

## ORDER OF TRANSFER

In the interest of justice, this matter is transferred to the Hon. Stefan R. Underhill, (U.S.D.C.), for all purposes, including trial, who sits in Bridgeport. Counsel should file all future filings with the Office Of The Clerk, 915 Lafayette Boulevard, CT 06604. The initials (SRU) should appear after the case number.

IT IS SO ORDERED

/s/ Warren W. Eginton, SUSDJ
Warren W. Eginton
Senior United States District Judge

Dated at Bridgeport, Connecticut: June 4, 2013