UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SAGECREST II, LLC,**<br><br>Plaintiff,<br><br>- v -<br><br>**ACG CREDIT COMPANY II LLC; ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC; ART CAPITAL GROUP, INC.; ACG CREDIT COMPANY, LLC; and IAN S. PECK,**<br><br>Defendants. | Case No. 3:13-mc-0060-SRU<br><br><br><br>July 2, 2013 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for Defendants, ACG Credit Company II, LLC, ACG Finance Company, LLC, Fine Art Finance LLC, Art Capital Group, LLC, Art Capital Group, Inc., ACG Credit Company, LLC, and Ian S. Peck.  I certify that I am admitted to practice in this court.


By: /s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: ahoffman@cohenandwolf.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 2, 2013, a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                      /s/ Ari J. Hoffman
                                                      Ari J. Hoffman