## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: <br><br> SAGECREST II, LLC, et al., <br>    Debtors. | No. 3:13-mc-60 (SRU); <br> No. 3:13-mc-61 (SRU) |
| SAGECREST II, LLC, <br>    Plaintiff, <br><br> v. <br><br> ACG CREDIT COMPANY II LLC; ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC; ART CAPITAL GROUP INC.; ACG CREDIT COMPANY, LLC; and IAN S. PECK, <br>    Defendants. | |
| SAGECREST II, LLC, <br>    Plaintiff, <br><br> v. <br><br> IAN S. PECK, ACG CREDIT COMPANY II LLC; ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC; ART CAPITAL GROUP INC.; and ACG CREDIT COMPANY, LLC, <br>    Defendants. | |

## CONFERENCE MEMORANDUM AND ORDER

On July 1, 2013, I held a telephone conference, on the record, with James Berman, Robert Friedman, and Mark McGrath, representing the plaintiff; and Vincent Marino and Philip Piers, representing the defendants. The purpose of the conference was to discuss the status of the cases and scheduling.

During the call, I granted, absent objection, the pending motions to withdraw reference of this adversary proceeding from the bankruptcy court (3:13-mc-60 (SRU), doc. # 1); (3:13-mc-61 (SRU), doc. #1).

I also reserved the first two weeks of March 2014 for the trial in this matter. The parties shall confer and submit a joint proposed schedule going forward.

Lastly, I granted the parties' request for a referral to Magistrate Judge Garfinkel for a settlement conference.

It is so ordered.

Dated at Bridgeport, Connecticut, this 2nd day of July 2013.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge