UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>SAGECREST II, LLC, et al.,<br>     Debtors. | No. 3:13-cv-973 (SRU);<br>No. 3:13-cv-974 (SRU) |
| SAGECREST II, LLC,<br>     Plaintiff,<br><br>    v.<br><br>ACG CREDIT COMPANY II LLC; ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC; ART CAPITAL GROUP INC.; ACG CREDIT COMPANY, LLC; and IAN S. PECK,<br>     Defendants. | |
| SAGECREST II, LLC,<br>     Plaintiff,<br><br>    v.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC; ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC; ART CAPITAL GROUP INC.; and ACG CREDIT COMPANY, LLC,<br>     Defendants. | |

## **ORDER OF CONSOLIDATION**

The following cases are hereby consolidated:

3:13-cv-973 (SRU) and 3:13-cv-974 (SRU).

It is so ordered.

- 2 -

Dated at Bridgeport, Connecticut, this 12th day of August 2013.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge

- 2 -