UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC<br><br>    Plaintiff,<br><br>  - against -<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL<br>GROUP, LLC, ART CAPITAL GROUP,<br>INC., ACG CREDIT COMPANY, LLC, and<br>IAN S. PECK,<br><br>    Defendants. | 3:13-cv-973-SRU |
| SAGECREST II, LLC<br><br>    Plaintiff,<br><br>  - against -<br><br>IAN S. PECK, ACG CREDIT COMPANY II<br>LLC, ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE LLC, ART CAPITAL<br>GROUP, LLC, ART CAPITAL GROUP INC.,<br>and ACG CREDIT COMPANY, LLC,<br><br>    Defendants. | 3:13-cv-974-SRU<br><br>December 11, 2013 |

### NOTICE OF APPEARANCE OF MARK E. McGRATH

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Mark E. McGrath of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Plaintiff. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York  
December 11, 2013

Respectfully submitted,

**PLAINTIFF JOHN D. HUBER, AS TRUSTEE OF THE SAGECREST LIQUIDATING TRUST, THE ASSIGNEE OF ALL THE ASSETS OF SAGECREST II, LLC**

By: /s/ Mark E. McGrath
Mark E. McGrath (ct28814)

For   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
mmcgrath@sheppardmullin.com

SMRH:201230639.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013, I caused a copy of the foregoing to filed electronically and served by mail on any person unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Mark E. McGrath

Mark E. McGrath

SMRH:201230639.1