# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC,<br><br>                  Plaintiff,<br><br>      vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>                  Defendants.<br><br><br>SAGECREST II, LLC,<br><br>                  Plaintiff,<br><br>      vs.<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>                  Defendants. | Case Nos.<br><br>3:13-mc-00060-SRU<br><br>3:13-mc-00061-SRU<br><br>3:13-cv-973-SRU<br><br>3:13-cv-974-SRU<br><br><br><br><br><br><br><br>DECEMBER 20, 2013 |

## DEFENDANTS' REPLY TO MEMORANDUM IN OPPOSITION TO
## MOTION FOR EXTENSION OF TIME

Defendants and Counterclaim Plaintiffs Ian S. Peck ("Peck"), ACG Credit

Company II LLC ("ACG II"), ACG Finance Company, LLC ("ACG Finance"), Fine Art

Finance LLC ("Fine Art Finance"), Art Capital Group, LLC, Art Capital Group Inc., and

1

ACG Credit Company, LLC (collectively, the "Defendants"), hereby submit this Reply Brief in further support of Defendants' Motion for Extension of Time dated November 21, 2013, which seeks an extension of the trial date of four months' time, from March 3, 2014 to July 3, 2014.  As set forth below, and more particularly in Defendants' Motion for Extension of Time, the Motion for Extension of Time should be granted.  Defendants further state the following:

1. Plaintiff has no response to Defendants' argument that the trial should be adjourned for four months because Plaintiff produced over 24,000 pages of documents in late September and October 2013.  Plaintiff does not dispute that Defendants had no way of knowing that this production would be so extensive, and Plaintiff fails to explain why it delayed – for two years in some instances – to produce these documents.  This late, unanticipated, and voluminous production has caused Defendants to review over 24,000 pages of additional documents, which has obviously resulted in delaying discovery in this case.  Under these circumstances, a four month trial adjournment request is reasonable.

2. Rather than respond to the merits of Defendants' Motion for Extension of Time, Plaintiff engages in a cumbersome recitation of facts which do not relate to this Motion for Extension of Time, and which Defendants' dispute.[1]  Many of these facts even predate the settlement agreement which forms the basis of the present dispute between the parties.

3. Plaintiff's claims that Defendants are only seeking to delay adjudication in this action are disingenuous and belied by Defendants' offer to finally and fully resolve

---

[1] Defendants respectfully refer the Court to Defendants' counterclaims in these proceedings for a counter-statement of facts.

this case in binding arbitration.  Plaintiff offers no explanation for why *Plaintiff* has continually refused to submit the matters contained in this consolidated action to binding arbitration.  From November 2012 to the present, Defendants have repeatedly offered to resolve all of the issues among the parties in binding arbitration in an expedient and cost effective manner, which Plaintiff has continuously refused.

4. Accordingly, Defendants move this Court to extend the trial date four months, from March 3, 2014 to on or about July 3, 2014.

Respectfully submitted,

THE DEFENDANTS,

/s/Vincent M. Marino
Vincent M. Marino
Federal Bar No. ct17186
Cohen and Wolf, P.C.
657 Orange Center Rd.
Orange, CT 06477
Tele: (203) 298-4066
Fax: (203) 337-5582
vmarino@cohenandwolf.com

/s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: ahoffman@cohenandwolf.com

/s/ Philip C. Pires_____
Philip C. Pires
Ct28138
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  203.368.0211
Fax:   203.394.9901
Email:  ppires@cohenandwolf.com

## **CERTIFICATION**

     I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                             /s/ Vincent M. Marino
                             Vincent M. Marino