UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC<br><br>  Plaintiff,<br><br>- against -<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>  Defendants. | 3:13-cv-973-SRU |
| SAGECREST II, LLC<br><br>  Plaintiff,<br><br>- against -<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>  Defendants. | 3:13-cv-974-SRU<br><br>January 30, 2014 |

**STIPULATED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the parties by their undersigned counsel, that:

1. All discovery shall be completed by April 1, 2014.

2. Any summary judgment motions shall be served and filed on or before April 10, 2014. Any opposition to any summary judgment motion shall be served and filed

SMRH:201531637.1

twenty-eight (28) days after service and filing of any motion. Any reply shall be served and filed fourteen (14) days after service and filing of any opposition.

3.    The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases shall be filed on or before June 11, 2014.

4.    A bench trial shall begin on June 18, 2014.

5.    The dates contained in this Stipulated Scheduling Order may not be modified except by Order of this Court.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Plaintiff    By _____    Date: January 30, 2014

Defendants    By _____    Date: January 30, 2014

SO ORDERED

_____
STEFAN R. UNDERHILL
United States District Judge

Dated: January ___, 2014
Bridgeport, Connecticut