UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC, <br><br> Defendants. | Case Nos. <br><br><br> 3:13-cv-973-SRU <br><br><br><br> 3:13-cv-974-SRU |
| SAGECREST II, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACG CREDIT COMPANY II, LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK, <br><br> Defendants. | <br><br><br><br><br><br><br><br> MARCH 25, 2014 |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), Defendants and Counterclaim-Plaintiffs Ian S. Peck ("Peck"), ACG Credit Company II LLC ("ACG-II"), ACG Finance Company, LLC ("ACG Finance"), Fine Art Finance LLC ("Fine Art Finance"), Art Capital

Group, LLC, Art Capital Group Inc., and ACG Credit Company, LLC (collectively, the "Defendants"), hereby move to dismiss Plaintiff's claims in this consolidated action in their entirety because Plaintiff's claims are unripe.

In support of this Motion to Dismiss, Defendants have filed a Memorandum in Support of Motion to Dismiss, and a Declaration of Philip C. Pires with exhibits.

Respectfully submitted,

THE DEFENDANTS,

/s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Vincent M. Marino
Federal Bar No. ct17186
Philip C. Pires
Federal Bar No. Ct28138
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:   203.368.0211
Fax:   (203) 394-9901
E-mail: ahoffman@cohenandwolf.com
E-mail: vmarino@cohenandwolf.com
Email:  ppires@cohenandwolf.com

## **CERTIFICATION**

I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ari J. Hoffman
Ari J. Hoffman