UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC<br><br>        Plaintiff,<br><br>  - against -<br><br>ACG CREDIT COMPANY II, LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>        Defendants. | 3:13-cv-973-SRU |
| SAGECREST II, LLC<br><br>        Plaintiff,<br><br>  - against -<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>        Defendants. | 3:13-cv-974-SRU<br><br><br><br>April 15, 2014 |

**DECLARATION OF ROBERT S. FRIEDMAN IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

ROBERT S. FRIEDMAN, declares as follows:

1.     I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, counsel to Plaintiff John D. Huber, as Trustee of the SageCrest

Liquidating Trust ("Plaintiff"). I submit this declaration in opposition to the motion (Dkt. No. 37) of Defendants ACG Credit Company II, LLC ("ACG-II"), ACG Finance Company LLC ("ACG Finance"), Fine Art Finance, LLC ("Fine Art Finance"), Art Capital Group, LLC ("Art Capital LLC"), Art Capital Group, Inc. ("Art Capital Inc."), ACG Credit Company, LLC ("ACG-I" and, together with ACG-II, Fine Art Finance, ACG Finance, Art Capital LLC, and Art Capital Inc., the "Peck-controlled Entities"), and Ian S. Peck ("Peck" and, together with the Peck-controlled Entities, "Defendants") to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (the "Motion to Dismiss").

    2.    Except as otherwise stated below, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, would testify competently to those matters.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of the May 19, 2009, Amended Complaint filed in the action captioned *SageCrest II, LLC v. ACG Credit Company, LLC, et al.*, Index No. 600195/07, in the Supreme Court of the State of New York, County of New York.

    4.    Attached hereto as Exhibit 2 is a true and correct copy of the November 20, 2012, Opinion and Order of Judge Katherine B. Forrest in the action captioned *Hilton Head Holdings b.v. v. Peck, et al.*, filed in the United States District Court, Southern District of New York (11-CV-7768).

    5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the November 19, 2010, Deposition of Peck in this action.

6. Attached hereto as Exhibit 4 is a true and correct copy of the July 13, 2010, Answer, Counterclaims and Third Party Claim from the prior proceedings in this action before the United States Bankruptcy Court, District of Connecticut (Adv. Pro. No. 10-5042) [Dkt. No. 61].

7. Attached hereto as Exhibit 5 is a true and correct copy of the Additional Interest Calculation for $6.7 Million Balance on the Assigned Loan obligation bearing Bates numbers SCII_045232 through SCII_045261.

8. Attached hereto as Exhibit 6 is a true and correct copy of the January 3, 2011, Order on Plaintiff's Motion for a Prejudgment Remedy from the prior proceedings in this action before the United States Bankruptcy Court, District of Connecticut (Adv. Pro. No. 10-5042) [Dkt. No. 201].

9. Attached hereto as Exhibit 7 is a true and correct copy of the June 3, 2010, Adversary Proceeding Cover Sheet and Complaint from the prior proceedings in this action before the United States Bankruptcy Court, District of Connecticut (Adv. Pro. No. 10-5042) [Dkt. No. 1].

10. Attached hereto as Exhibit 8 is a true and correct copy of the July 13, 2010, Answer, Counterclaims and Third Party Claim from the prior proceedings in this action before the United States Bankruptcy Court, District of Connecticut (Adv. Pro. No. 10-5042) [Dkt. No. 60].

11. Attached hereto as Exhibit 9 is a true and correct copy of an April 20, 2009, Bill of Sale from ACG Galleries, LLC to Fifth Avenue Art Limited Co. for certain artwork, executed by Peck on behalf of ACG Galleries, LLC.

12.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the April 26, 2012, 30(b)(6) Deposition of Peck in this action.

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the November 11, 2010, Deposition of Peck in this action.

14.     Attached hereto as Exhibit 12 is a true and correct copy of the ACG-II: $4.425MM Note calculation on the 2-Year Note bearing Bates number SCII_045262.

15.     Attached hereto as Exhibit 13 is a true and correct copy of the August 29, 2010, Consignment Agreement between the SageCrest Liquidating Trust and William Doyle Galleries, Inc. bearing Bates numbers SCII_019742 through SCII_019745.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a November 25, 2013 Decision and Order in *Hahn & Hessen LLP v. Peck, et al.*, Index No. 603122/2008, pending in the Supreme Court of the State of New York, County of New York.  The Decision and Order was entered by the Clerk of the Court on November 29, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on the 15th day of April, 2014.

/s/Robert S. Friedman  
Robert S. Friedman

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing DECLARATION OF ROBERT S. FRIEDMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS and the exhibits annexed hereto were electronically filed via ECF, which effects service upon all parties who have entered an appearance in this case.

Dated this 15th day of April, 2014.

/s/Robert S. Friedman