# EXHIBIT 9

Exhibit B

## BILL OF SALE

Dated: 20 April 2009

Sold by: ACG Galleries, LLC

Sold to: Fifth Avenue Art Limited Co.

Seller, subject and pursuant to the Agreement of Sale between Seller and Buyer, dated 20 April 2009, and the terms and conditions therein stated, for consideration paid by Buyer, the receipt and sufficiency of which is hereby acknowledged, grants, bargains, sells and transfers to Buyer the "Works of Art" described on Exhibit A attached hereto and incorporated herein.

TO HAVE AND TO HOLD the same to Buyer forever, together with such reproduction and copyright interests as Seller's principal may have to the Works of Art.

The Works of Art are sold to Buyer "AS IS" and without warranty or representation, express or implied, of any kind.

IN WITNESS WHEREOF, Seller has made and executed this Bill of Sale as of the 20th day of April 2009.

Payment of $500,000 Received.

Seller

ACG Galleries, LLC

By: Ian Peck, President and CEO

CONFIDENTIAL

Exhibit M40

CONFIDENTIAL
ACGII_0100200

**Exhibit A**

Giovanni Francesco Barbier
Il Guercino (1591 – 1666)
*Mary Magdalene Contemplating Nails of the Passion*
Oil on canvas
64 ¼ x 46 ½ inches

Macrino d'Alba (1465 – 1528)
*Virgin and Child with Saints Michael Bernardino of Siena, Clare and Stephen*
Tempera on canvas
86 x 55 inches

Francisco de Zurbarán (1598 – 1664)
*Regina Angelorum*
Oil on canvas
43 ½ x 33 ½ inches

Francisco de Zurbarán (1598 – 1664)
*Saint Agnes*
Oil on canvas
55 3/8 x 41 x ¾ inches

Francisco de Zurbarán (1598 – 1664)
*Veronica's Veil*
Oil on canvas
40 x 32.8 inches

Alessandro Magnasco (1667 – 1749)
*Self Portrait*
Oil on canvas
25 x 19 inches

Guido Reni (1575 – 1642)
*Commodus as Hercules*
Oil on thin panel, oval
27 x 24 inches

Guido Reni (1575 – 1642)
*Roman Charity*
Oil on canvas
38 ¼ x 33 inches

Sebastiano Ricci (1659 – 1734)
*Pan*
Oil on canvas
39 ¼ x 34 ¼ inches

CONFIDENTIAL

CONFIDENTIAL
ACGII_0100201

Peter Paul Rubens (1577 – 1640)
*Hercules*
Oil on canvas, oval
28 x 23 inches

Peter Paul Rubens (1577 – 1640)
*The Emperor Augustus*
Oil on uncradled panel
26 ½ x 19 ¾ inches

Bernardo Strozzi (1581 – 1644)
*Madonna and Child with Infant St. John Baptist*
Oil on canvas
64 ¼ x 46 ½ inches

Claude Vignon (1593 – 1670)
*A Male Saint*
Oil on canvas
38 ¾ x 29 ¼ inches

Simon Vouet (1590 – 1649)
*A Bacchanal*
Oil on canvas
78 x 64 inches

CONFIDENTIAL

CONFIDENTIAL
ACGII_0100202