# EXHIBIT 12

## ACG II - $4,425MM Note

| Date | Payments/Credits & Source of Such | Balance [1] | Comments |
|---|---|---|---|
| 5/19/08 | $ - | $ 4,425,000.00 | Opening Balance (Due on 5/19/2010) |
| 6/19/08 | $ - | $ 4,425,000.00 | No payments received |
| 7/19/08 | $ - | $ 4,425,000.00 | No payments received |
| 8/19/08 | $ - | $ 4,425,000.00 | No payments received |
| 9/19/08 | $ - | $ 4,425,000.00 | No payments received |
| 10/19/08 | $ - | $ 4,425,000.00 | No payments received |
| 11/18/08 | $ - | $ 4,425,000.00 | No payments received |
| 12/18/08 | $ - | $ 4,425,000.00 | No payments received |
| 1/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 2/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 3/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 4/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 5/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 6/22/09 | $ - | $ 4,425,000.00 | No payments received |
| 7/21/09 | $ - | $ 4,425,000.00 | No payments received |
| 8/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 9/21/09 | $ - | $ 4,425,000.00 | No payments received |
| 10/20/09 | $ - | $ 4,425,000.00 | No payments received |
| 11/24/09 | $ - | $ 4,425,000.00 | No payments received |
| 12/21/09 | $ - | $ 4,425,000.00 | No payments received |
| 1/21/10 | $ - | $ 4,425,000.00 | No payments received |
| 2/22/10 | $ - | $ 4,425,000.00 | No payments received |
| 3/22/10 | $ - | $ 4,425,000.00 | No payments received |
| 4/21/10 | $ - | $ 4,425,000.00 | No payments received |
| 5/20/10 | $ - | $ 4,425,000.00 | No payments received |
| 6/21/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 7/22/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 8/23/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 9/21/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 10/20/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 11/18/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 12/29/10 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 1/20/11 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 2/20/11 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 3/20/11 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 4/20/11 | $ - | $ 4,425,000.00 | IN DEFAULT |
| 5/12/11 | $ 576,281.39 | $ 3,848,718.61 | Hearst and Schnabel |
| 5/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 6/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 7/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 8/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 9/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 10/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 11/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 12/20/11 | $ - | $ 3,848,718.61 | IN DEFAULT |
| 12/21/11 | $ 47,580.00 | $ 3,801,138.61 | Christie's - Botero auction |
| 1/9/12 | $ 59,159.95 | $ 3,741,978.66 | Christie's - Lavery auction |
| 1/20/12 | $ - | $ 3,741,978.66 | IN DEFAULT |
| 1/23/12 | $ 15,516.76 | $ 3,726,461.90 | Christie's - Munnings auction |
| 1/24/12 | $ 8,067.70 | $ 3,718,394.20 | Christie's - Reinagle auction |
| 2/20/12 | $ - | $ 3,718,394.20 | IN DEFAULT |
| 3/20/12 | $ - | $ 3,718,394.20 | IN DEFAULT |
| 4/5/12 | $ 8,240.00 | $ 3,710,154.20 | Christie's - Wiggins auction |
| 4/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 5/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 6/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 7/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 8/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 9/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 10/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 11/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 12/20/12 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 1/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 2/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 3/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 4/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 5/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 6/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 7/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 8/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 9/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 10/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 11/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 12/20/13 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 1/20/14 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 2/20/14 | $ - | $ 3,710,154.20 | IN DEFAULT |
| 3/20/14 | $ - | $ 3,710,154.20 | IN DEFAULT |

Note 1 The costs of the litigations against Peck and his entities and the Trustee's fees and expenses are