# EXHIBIT 13



Consignment Agreement for Sage Crest Liquidating Trust (c/o John Huber); Contract #63733

BY THEIR SIGNATURES BELOW, THE PARTIES DO HEREBY AGREE AS FOLLOWS:

William Doyle Galleries, Inc. (herein referred to as "WDG"), as agent for the Consignor named below, agrees to offer the property set forth on the accompanying schedule for sale at public auction, in accordance with the terms set forth below. Such terms will also govern the sale of property received from the Consignor subsequent to this agreement:

1. DATE OF SALE: The property is scheduled for sale on _____
(subject to change without notice at our discretion).

2. COMMISSION: Consignor agrees to pay WDG a commission of twenty percent (20%) for each lot sold for $2,000.00 or below, fifteen percent (15%) for each lot sold between $2,001.00-5,000.00 and ten percent (10%) for each lot sold in excess of $5,000.00. There will be a $100.00 minimum commission per each lot sold. The charge for each catalog photograph per lot shall be: $250.00 Color; $125.00 Group Color; or $50.00 Grid Image. There will be a charge of $40.00 for each lot posted on the Internet. WDG shall also receive a premium to be collected from the buyer and retained for WDG's account.

3. INSURANCE AND LIABILITY: Consignor will be charged for insurance coverage, subject to customary policy exclusions, for all property under the care and control of WDG at a rate of one and three quarter percent (1.75%) of the median auction estimate. Coverage value for property not yet offered for sale will be the median of the auction estimate less the applicable commission and other fees. Coverage value for sold property will be at the hammer price less the applicable commission and other fees. Coverage value for property that was offered and did not sell will be at the reserve price less applicable commission and other fees. WDG shall not be responsible for any damage caused by changes in humidity or temperature, inherent conditions or defects in the property, or damage to upholstery, glass or frames or for any other risks not covered by insurance.

4. TITLE: Consignor represents and warrants that the property consigned hereunder is Consignor's own unencumbered property and that it will be kept free of claims of others so that at the sale, good title, free and clear of all liens, claims and encumbrances will pass to the purchaser. Consignor agrees to indemnify and hold harmless the purchaser and WDG and its officers, directors, employees and agents from and against any claims, actions, damages, losses, liabilities and expenses (including reasonable attorney's fees and disbursements) relating to the breach or alleged breach of any of Consignor's representations and warranties in this agreement. Consignor has fully disclosed to WDG all information known to Consignor affecting the value of the property, including its provenance, authorship, origin, period and the like, and all of Consignor's verbal and written representations concerning the property (including any descriptions on the accompanying schedule) are complete, true and correct. The intended beneficiary of this warranty is the ultimate purchaser at auction. If Consignor is consigning the property as a fiduciary, Consignor individually and as fiduciary warrants that Consignor is fully authorized to consign the property and will supply additional documentation which WDG may require. WDG retains the right to photograph the property and the exclusive copyright to all catalog and other illustrations and descriptions of property by WDG. This agreement shall be binding upon the parties and their heirs, successors or assigns.

5. ESTIMATES: The estimates set forth in the catalog are not to be deemed a representation by WDG as to what price the property will realize at auction. WDG may in its discretion group one or more items in each selling lot.

6. RESERVES: Unless otherwise specified, WDG will not sell property below fifty percent (50%) of the low estimate. However, WDG may sell a lot below the reserve, provided that we pay you the net amount which you would have been entitled to had such lot been sold at the reserve. Any agreed reserves exceeding fifty percent (50%) of the low estimate are set forth on the accompanying schedule. Consignor expressly agrees not to bid on the property, it being understood that all bids to protect this reserve will be made by WDG as agent. In the event the property does not reach the agreed reserve and is bought in by WDG for the Consignor's account, Consignor agrees to pay a buy-in commission of five percent (5%) of the reserve on each lot. There will be a $50.00 minimum charge per lot.

PLEASE INITIAL HERE: _____

7. WITHDRAWAL. Consignor may not withdraw any property from sale after the date on which WDG issues a receipt or Consignor signs this agreement, whichever is earlier. Regardless of whether WDG has previously issued a receipt, published a catalog including the property or advertised its sale, WDG may withdraw any property at any time before sale if in WDG's sole judgment (a) there is doubt as to its authenticity or attribution, (b) there is doubt as to the accuracy of any of Consignor's representations or warranties or (c) Consignor has breached any provision of this Agreement. If WDG withdraws any property under (b) or (c) of this paragraph 7, Consignor must within ten days of WDG's notice of withdrawal pay WDG a withdrawal fee equal to the WDG commissions (including buyer's premium) on the median of WDG's most recent pre-sale estimates for the withdrawn property (the "Withdrawal Fee"), as well as all out-of-pocket expenses incurred or reasonably anticipated by WDG up to and including the date of the withdrawal. If any property is withdrawn under (a) above, Consignor will not be charged a Withdrawal Fee and, subject to any governmental direction, liens against or claims to the property, such property will be returned to Consignor at Consignor's expense.

8. UNSOLD PROPERTY: WDG reserves the right to accept post-sale offers on unsold property on behalf of the Consignor at or above the level of the reserve, for thirty (30) days after the date of the auction. The Consignor will be notified if such an offer is accepted by WDG. All property which is not sold at auction shall be returned to the Consignor, at the Consignor's expense, unless the property is reconsigned by mutual agreement. Property which remains with WDG in excess of thirty days from the auction will be at the risk and responsibility of the Consignor and will be subject to a storage fee and may be delivered to a public warehouse for storage at Consignor's expense. If Consignor fails to retrieve or accept the return of unsold property, property which remains with WDG in excess of sixty (60) days may be sold or disposed of by WDG in any manner and by any means, in its discretion, including (without limitation of the foregoing) at subsequent WDG auctions or otherwise, with the balance of any funds recovered in excess of storage charges to be remitted to Consignor.

9. USE OF NAME AND SPECIAL PROMOTIONS: WDG is authorized to use the Consignor's name or the name of the estate as the owner of property in advertising or promoting the sale. Consignor agrees that WDG is authorized in its discretion to deliver temporarily any or all of the property set forth on the accompanying schedule for exhibition or promotional purposes to a third party. Any property delivered for such purposes will remain under the care and control of WDG and all provisions of this agreement will remain in effect.

10. LIABILITY FOR SETTLEMENT: Consignor understands and agrees that WDG shall not be responsible for settlement on any lot sold at auction wherein the purchaser defaults. Additionally, WDG is authorized to accept the return of a lot from the purchaser and rescind the sale of such lot if it is determined that such sale may subject WDG or Consignor to liability, including but not limited to any liability under warranties of authenticity or ownership. In such event, WDG is further authorized to refund the purchaser the purchase price. If Consignor has already received proceeds of any rescinded sale, Consignor agrees to promptly pay WDG an amount equal to the remitted proceeds.

11. SETTLEMENT: The settlement check will be mailed to the Consignor approximately five weeks following the sale date, along with the settlement statement showing the hammer price of each item and the net amount due to the Consignor assuming WDG receives full payment from purchaser. Any expenses or amounts due WDG will be deducted from the settlement check. If purchaser has not paid for the item sold within five weeks after the date of sale, WDG may treat the purchaser as in default and rescind the sale with no liability to Consignor.

12. EXPENSES: In addition to those expenses agreed upon herein, Consignor agrees to pay the costs of any gemological test or certificates of authenticity which may be obtained by WDG in its discretion. There will be a 20% service charge on the cost of any such services as well as restoration and transportation performed by others and paid by WDG for your account.

13. JURISDICTION: This contract shall be deemed to have been made in New York and shall be construed and enforced in accordance with the laws of the State of New York. All actions and proceedings relating to this agreement shall be heard and determined in any state or federal court sitting in New York, N.Y.

Consumer Affairs #0777006
THIS AGREEMENT MAY BE CHANGED ONLY IN WRITING AND SIGNED BY BOTH PARTIES

Dated: 8/29/2012

Consignor's Signature

Jahn D. Huber
Print Name

Dated: _____

WILLIAM DOYLE GALLERIES, Inc.

Alison B. Robinson, Director
Appraisal & Consignment Services



| Item # | Description | Low Estimate | High Estimate |
|---|---|---|---|
| 1 | Bernard Dreyfus<br>Nicaraguan, B. 1940<br>Acrylic on canvas | $2,000 | $3,000 |

Confidential

SCII_019744

# WAIVER OF SUBROGATION

Aug 29, 2012
DATE

Alison B. Robinson
Vice President
Director, Consignment Services
Doyle New York
175 East 87th Street
New York, NY 10128

Dear Mrs. Robinson,

This letter will confirm that in exchange for a waiver of insurance premium, _____
                                                                                INSERT YOUR NAME

agrees to waive any and all rights for claims against Doyle New York or its employees, agents, or consultants arising out of damage to or loss of property in the custody of the Gallery. This includes any subrogation rights that my insurance company may have as well.

Sincerely,

[signature]
Consignor's Signature

John D. Huber
Print Name

Confidential

SCII_019745