UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>　　　　　　Defendants. | Case Nos.<br><br><br><br><br>3:13-cv-973-SRU<br><br><br><br>3:13-cv-974-SRU |
| SAGECREST II, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>APRIL 23, 2014 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

　　　　Defendants and Counterclaim-Plaintiffs Ian S. Peck ("Peck"), ACG Credit Company II

LLC ("ACG-II"), ACG Finance Company, LLC ("ACG Finance"), Fine Art Finance LLC ("Fine

Art Finance"), Art Capital Group, LLC, Art Capital Group Inc., and ACG Credit Company,

LLC (collectively, the "Defendants"), hereby move for an extension of time of 10-days, through and including May 9, 2014, to file their reply brief to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. #39).  In support hereof, Defendants represent as follows and submit that good cause exists for the extension requested herein:

    1.    On March 25, 2014, Defendants filed their Motion to Dismiss (Doc. #37), which seeks to dismiss all of Plaintiff's claims due to lack of ripeness.

    2.    On April 15, 2014, Plaintiff filed its Memorandum in Opposition to Defendants' Motion to Dismiss (#39).  Plaintiff's Memorandum in Opposition is 32 pages in length. Plaintiff also filed a Declaration of Robert Friedman in connection with its opposition papers. Attached to the Declaration of Robert Friedman are 14 exhibits which total 346 pages.

    3.    Defendants require additional time to respond to the arguments made in Plaintiff's 32-page memorandum in opposition and review the 346-pages of exhibits to the Declaration of Robert Friedman.

    Pursuant to the Local Rules, counsel for Defendants has inquired of Plaintiff's counsel, Mark E. McGrath, as to his position on the extension of time requested herein. Attorney McGrath stated as follows:  "Plaintiff takes no position on Defendants' request for an extension of time, except to note that Plaintiff timely filed its Opposition without seeking an extension and would object to any extension that would delay the June 18, 2014 trial."

    This is the first motion regarding the deadline that is the subject of this motion.

        Respectfully submitted,

        THE DEFENDANTS,

        <u>/s/ Ari J. Hoffman</u>
        Ari J. Hoffman, Esq.
        Federal Bar No. ct22516
        Vincent M. Marino
        Federal Bar No. ct17186
        Philip C. Pires
        Federal Bar No. Ct28138
        Cohen and Wolf, P.C.
        1115 Broad Street
        Bridgeport, CT  06604
        Tele:   203.368.0211
        Fax:   (203) 394-9901
        E-mail: ahoffman@cohenandwolf.com
        E-mail: vmarino@cohenandwolf.com
        Email:  ppires@cohenandwolf.com

**CERTIFICATION**

     I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ Ari J. Hoffman
          Ari J. Hoffman