UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>　　　　　　　Defendants. | Case Nos.<br><br>3:13-cv-973-SRU<br><br>3:13-cv-974-SRU |
| SAGECREST II, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>　　　　　　　Defendants. | MAY 9, 2014 |

**MOTION FOR EXTENSION OF TIME**

　　　　Defendants and Counterclaim-Plaintiffs Ian S. Peck ("Peck"), ACG Credit Company II

LLC ("ACG-II"), ACG Finance Company, LLC ("ACG Finance"), Fine Art Finance LLC ("Fine

Art Finance"), Art Capital Group, LLC, Art Capital Group Inc., and ACG Credit Company,

LLC (collectively, the "Defendants"), hereby move for a limited modification of the deposition deadline, through and including May 30, 2014, to complete the discovery provided herein. In support hereof, Defendants represent as follows and submit that good cause exists for the extension requested herein:

1. Defendants have noticed the deposition of Ramis Barquet and Barquet Group, Inc. three times with subpoenas duces tecum, most recently to occur on May 9, 2014. Defendants learned on May 7, 2014 that Mr. Barquet was undergoing a brain MRI on May 9, 2014 and was unavailable for his deposition that day. Mr. Barquet has also yet to produce any documents responsive to the subpoenas duces tecum. Defendants are in the process of rescheduling the deposition. Defendants may alternatively take the deposition of Carter Pennington, the trustee of the Barquet Liquidating Trust.

2. Defendants were scheduled to depose Plaintiff on May 8, 2014. Due to Plaintiff's supplemental production of approximately 1000 pages of documents on May 7, 2014, and Plaintiff's counsel's representation that additional documents will be forthcoming, the parties agreed to adjourn that deposition to May 19, 2014, which was Mr. Huber's next available date.

3. Defendants do not anticipate this extension impacting the trial date in this action.

Defendants' counsel has sought Plaintiff's position on this motion. It is Defendants' counsel's understanding that Plaintiff does not object to the discovery set forth herein,

including the proposed deadline of May 30, 2014, but does object to some of the motion's wording.

Wherefore, Defendants move for a limited modification of the deposition deadline, to allow Defendants to depose those witnesses set forth herein by May 30, 2014.

                      THE DEFENDANTS,

                      By: /s/ Philip C. Pires
                      Ari J. Hoffman, Esq.
                      Federal Bar No. ct22516
                      Vincent M. Marino
                      Federal Bar No. ct17186
                      Philip C. Pires
                      Federal Bar No. Ct28138
                      Cohen and Wolf, P.C.
                      1115 Broad Street
                      Bridgeport, CT  06604
                      Tele:203.368.0211
                      Fax:   (203) 394-9901
                      E-mail: ahoffman@cohenandwolf.com
                      E-mail: vmarino@cohenandwolf.com
                      Email:  ppires@cohenandwolf.com

## **CERTIFICATION**

I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Philip C. Pires
Philip C. Pires