**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC,<br><br>     Plaintiff,<br><br>  vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>     Defendants. | Case Nos.<br><br><br><br><br>3:13-cv-973-SRU<br><br><br><br>3:13-cv-974-SRU |
| SAGECREST II, LLC,<br><br>     Plaintiff,<br><br>  vs.<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>     Defendants. | <br><br><br><br><br><br><br><br>JUNE 11, 2014 |

### DEFENDANTS' EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS

  Defendants submit the following list of exhibits they may introduce at the trial of this matter. Defendants reserve their rights to mark and/or introduce: i) the pleadings and motions from this action, the Adversary Proceedings, any other adversary proceeding involving Plaintiff, Plaintiff's bankruptcy proceeding, and the bankruptcy proceedings of Ramis Barquet and Barquet Group, Inc.; (ii) any exhibit designated on Plaintiff's exhibit list; (iii) any exhibit marked as an exhibit during a deposition. Defendants further reserve their rights to mark and/or introduce such additional exhibits as further evidence and testimony presented at trial as be

required.  Defendants further reserve their rights to mark and/or introduce summary and/or demonstrative exhibits.  Defendants further reserve their rights to mark and/or introduce any newly discovered evidence or supplemented document productions.

Exhibits which Defendants May Introduce at Trial:

| Exhibit | Description | Objection |
|---|---|---|
| 2500 | The So-Ordered Settlement Stipulation, dated May 19, 2008 and all exhibits annexed thereto, SCII_009502 to SCII_009872 | |
| 2501 | The Amended Complaint in the Assigned Loan Proceeding | |
| 2502 | The Complaint in the Two Year Note Adversary Proceeding | |
| 2503 | Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated October 22, 2010 and the documents referred to therein (Huber 20) | Completeness; Plaintiffs further object to the wholesale introduction of the documents attached to the interrogatory responses on the basis of authenticity, relevance, hearsay, foundation, completeness |
| 2504 | Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories, dated October 27, 2010 and the documents referred to therein | Plaintiffs object to the introduction of the documents attached to the interrogatory responses on the basis of authenticity, relevance, hearsay, foundation, completeness |
| 2505 | Letter dated November 26, 2008 from SageCrest to certain Defendants (Milton 8) | |
| 2506 | Letter dated November 19, 2008 from SageCrest to certain Defendants | |
| 2507 | Fees and Expenses Report 9-10 since 5/19/08, ACGII 7088-89 | Authenticity, foundation, hearsay |
| 2508 | Certificate of Formation of ACG Credit Company II, LLC, ACGII 7090-91 | |
| 2509 | ACG Credit Company II, LLC General Ledger 5/1/08 through 9/30/09 ACGII 7092-95 | Authenticity, foundation, hearsay |
| 2510 | ACG Credit Company II, LLC Bank Statements JP Morgan Chase from 7/31/08 through 8/31/10 showing 0.00 balance | Authenticity, foundation, hearsay, completeness |
| 2511 | Art Capital Group, LLC Consolidating Statement of Income year ended 12/31/08 and Consolidated Balance Sheets 12/31/08 and 12/31/07, ACGII 7121-24 | Authenticity, foundation, hearsay |
| 2512 | Art Capital Group, LLC Consolidated Balance Sheet 9/30/10, ACGII 7125-28 | Authenticity, foundation, hearsay |
| 2513 | Art Capital Group, LLC Consolidated Balance Sheet 12/31/09, ACGII 7129-32 | Authenticity, foundation, hearsay |
| 2514 | Art Capital Group, LLC Consolidated Balance sheets 12/31/07 and 2007, ACGII 7133-36 | Authenticity, foundation, hearsay |

| | | |
|---|---|---|
| 2515 | ACG Credit Company LLC JP Morgan Chase bank account statements 2/28/09 through 4/30/09, ACGII 7137-40 | Authenticity, foundation, hearsay, completeness |
| 2516 | Art Capital Group, Inc. JP Morgan Chase bank account statements 2/28/09 through 9/30/10, ACGII 7141-217 | Authenticity, foundation, hearsay, completeness |
| 2517 | Art Capital Group, Inc. Tax Return 2008, ACGII 7219-43 | Authenticity, foundation, hearsay, completeness |
| 2518 | Art Capital Group, Inc. Tax Return 2009, ACGII 7244-66 | Authenticity, foundation, hearsay, completeness |
| 2519 | Art Capital Group, Inc. JP Morgan Chase Bank Statements 1/1/10 to 9/30/10, ACGII 7267-356 | Authenticity, foundation, hearsay |
| 2520 | Art Capital Group, Inc. JP Morgan Chase Bank Statements 2/28/09 through 12/31/09, ACGII 7357-550 | Authenticity, foundation, hearsay |
| 2521 | ACG Credit Company LLC JP Morgan Chase Bank Statements 2/28/09 through 4/30/09, ACGII 7551-58 | Authenticity, foundation, hearsay |
| 2522 | Art Capital Group, LLC Consolidated Balance Sheet 12/31/07, ACGII 010197-98 | Authenticity, foundation, hearsay |
| 2523 | Arranger's Agreement between Hearst (borrower), Fine Art Finance, LLC (arranger) and ACG Credit Company LLC (lender), ACGII 000042-45 | |
| 2524 | Hearst Turnover Agreement dated 2/28/08, ACGII 000046-50 | |
| 2525 | Secured Term Note ($2,000,000) from Hearst to ACG Credit Company, LLC, ACGII 000051-88 | |
| 2526 | Hearst Post-Closing Agreement 7-1-04 between Hearst and ACG Credit Company, LLC, ACGII 000089-91 | |
| 2527 | Amendment No. 3 to Secured Loan Note 10-31-07 between Galleria Ramis Barquet (borrower), ACG Credit Company, LLC (lender) and Fine Art Finance LLC (arranger), ACGII 000092-95 | |
| 2528 | Extension of Maturity between Galleria Ramis Barquet and ACG Credit Company, LLC 11/27/07, ACGII 000100-02 | |
| 2529 | Extension of Maturity between Galleria Ramis Barquet and ACG Credit Company, LLC 9/19/07, ACGII 000106-07 | |
| 2530 | Letter to Galleria Ramis Barquet re Transfer of Payments from ACG Finance Company, LLC c/o ACG Credit Company, LLC to Art Capital Group, Inc. 10/2/07 ACGII_000108 | |
| 2531 | Extension of Maturity Galleria Ramis Barquet Loan 6/6/07, ACGII 000109-10 | |
| 2532 | Extension of Maturity Galleria Ramis Barquet Loan 3/23/07, ACGII 000111-14 | |
| 2533 | Extension of Maturity Galleria Ramis Barquet Loan 1/25/07, ACGII 000115-16 | |
| 2534 | Extension of Maturity Galleria Ramis Barquet 10/5/06, ACGII 000117-18 | |
| 2535 | Extension of Maturity Galleria Ramis Barquet 10/5/06, ACGII 000119-20 | |

| | | |
|---|---|---|
| 2536 | Extension of Maturity Galleria Ramis Barquet Loan 6/10/06, ACGII 000121-22 | |
| 2537 | Extension of Maturity Galleria Ramis Barquet Loan 1/31/06, ACGII 000123 | |
| 2538 | Amendment No. 2 to Secured Loan Note between Galleria Ramis Barquet (borrower), ACG Credit Company, LLC (lender) and Fine Art Finance LLC (arranger), 6/3/05, ACGII 000124-36 | |
| 2539 | Amendment No. 1 to Arranger's Agreement between Galleria Ramis Barquet (borrower), ACG Credit Company, LLC (lender) and Fine Art Finance LLC (arranger), 11/9/04, ACGII 000137-38 | |
| 2540 | Arranger's Agreement between Hearst (borrower), Fine Art Finance, LLC (arranger) and ACG Credit Company LLC (lender), 9/27/04, ACGII 000139-41 | |
| 2541 | Secured Term Note from Galleria Ramis Barquet NY LTD (borrower) and ACG Credit Company LLC (lender, 9/27/04, $5,000,000 ACGII 000142-59 | |
| 2542 | Secured Term Note from American Furniture, LLC (borrower) to CM Russell Credit Company, LLC, 7/31/03, $1,500,000 ACGII 000160-72 | |
| 2543 | Assignment of American Furniture LLC Note from CM Russell Credit Company, LLC to ACG Credit Company, LLC, 7/31/03 ACGII 000173-78 | |
| 2544 | Individual Guaranty from Melanie Gill (American Furniture, LLC) to CM Russell Credit Company, LLC 7/31/03 ACGII 000179-88 | |
| 2545 | Loan and Security Agreement between Evan Tawil (borrower), Fine Art Finance, LLC (lender and arranger), 8/11/06 ACGII 000189-220 | |
| 2546 | Payoff letter to Evan Tawil from Fine Art Finance, LLC 2/15/07, ACGII 000221-24 | Authenticity, foundation, completeness |
| 2547 | Arranger Agreement between Evan Tawil (borrower), Fine Art Finance, LLC (lender and arranger), 8/11/06 ACGII 000225-27 | Authenticity, foundation, completeness |
| 2548 | Collateral and Security Agreement between Evan Tawil and Fine Art Finance, LLC 2/6/08 ACGII 000228-31 | |
| 2549 | Letter - Extension of Maturity re Evan Tawil Loan, 10/15/07 ACGII 000232-43 | Authenticity, foundation, completeness |
| 2550 | Letter - Commission re Evan Tawil Loan, 11/9/07 ACGII 000244-46 | Authenticity, foundation, completeness |
| 2551 | Draw Notice and Certificate from Evan Tawil to Fine Art Finance, LLC 10/26/07 ACGII 000247-54 | Authenticity, foundation, completeness |
| 2552 | Secured Term Note $20,000 from Peter Socolof to ACG Credit Company, LLC, 7/14/2004 ACGII 000255-67 | |
| 2553 | Arranger's Agreement between Peter Socolof (borrower), Fine Art Finance, LLC (arranger), and ACG Credit Company, LLC (lender), 7/14/04 ACGII 000268-70 | |

| | | |
|---|---|---|
| 2554 | Loan Documents re Secured Term Note $15,000 from Lawrence Jay Daitch to ACG Credit Company, LLC 7/1/04 ACGII 000271-82 | |
| 2555 | Loan Documents re Secured Term Note $185,000 from Vernon Joseph Russell Bailey to ACG Credit Company, LLC 7/21/04 ACGII 000283-99 | |
| 2556 | Loan Documents re Secured Term Note $64,853 from Alastair Crawford to Fine Art Finance, LLC 4/28/06 ACGII 000315-28 | Authenticity, foundation, completeness |
| 2557 | Arranger's Agreement between Alastair Crawford and Fine Art Finance, LLC 4/28/06  ACGII 000329-31 | Authenticity, foundation, completeness |
| 2558 | Loan and Security Agreement between Alastair Crawford (co-borrower), Alastair Crawford, LLC (co-borrower), Fine Art Finance, LLC (lender and arranger) 5/21/07  ACGII 000334-72 | |
| 2559 | Term Sheet from Art Capital Group, Inc. to Melanie Gill 7/24/03  ACGII 000407-12 | |
| 2560 | Cash Collateral Deposit Letter between American Furniture, LLC and CM Russell Credit Company, LLC 7/31/03 ACGII 000415-23 | |
| 2561 | Draw Notice - Galleria Ramis Barquet 9/7/05  ACGII 000822-25 | |
| 2562 | Draw Notice - Galleria Ramis Barquet 6/10/05  ACGII 000826-28 | |
| 2563 | Draw Notice - Galleria Ramis Barquet 2/1/05  ACGII 000830-32 | |
| 2564 | Schedule of Net Proceeds, Draw Notice - Galleria Ramis Barquet 1/27/05, ACGII 000834-35 | |
| 2565 | Letter from Galleria Ramis Barquet NY LTD re disbursement of proceeds on draw 1/26/05, ACGII 000836-37 | |
| 2566 | Draw Notice, Schedule of Net Proceeds, Galleria Ramis Barquet, 1/14/05, ACGII 00839-40 | |
| 2567 | Individual Guaranty from Ramis Barquet to ACG Credit Company, LLC, 6/3/05 ACGII 001295-304 | |
| 2568 | Secured Term Loan Sheet - Veronica Hearst (borrower), 6/23/04, ACGII 001768-78 | |
| 2569 | 2004 Loan Document between Hearst (borrower), Fine Art Finance, LLC (arranger), ACG Credit Company II, LLC (lender) - Demand letter, Extension Agreements, ACGII 001795-818 | Authenticity, foundation, completeness |
| 2570 | Loan and Security Agreement for $1,000,000 Senior Credit Facility between Alastair Crawford (co-borrower), Alastair Crawford, LLC (co-borrower), Fine Art Finance, LLC (lender and arranger), 5/21/07, SCII_008876-909 (Crawford 3) | |
| 2571 | Payoff letters to Alastair Crawford, LLC from Fine Art Finance, LLC, 12/8/06 and 12/18/06, ACGII 002533-41 | Authenticity, foundation, completeness |

| | | |
|---|---|---|
| 2572 | Secured Term Note from Hearst to ACG Credit Company, LLC, $2,000,000, 7/1/04, ACGII 004355-385 | |
| 2573 | Letter agreement re extension of Hearst Loan from Veronica Hearst to Fine Art Finance, LLC and ACG Credit Company, LLC, 6/28/05, ACGII 004387-89 | |
| 2574 | Extension Letter from Fine Art Finance, LLC to Hearst, 7/17/06, ACGII 004391-93 | |
| 2575 | Extension Letter from Fine Art Finance, LLC to Hearst, 7/31/06, ACGII 004395-97 | |
| 2576 | Arranger's Agreement between Fine Art Finance, LLC and Hearst, 8/9/07, ACGII 004399-402 | Authenticity, foundation, completeness |
| 2577 | Certification of Formation of ACG Credit Company, LLC as of 4-1-5-10, ACGII 004417-18 | |
| 2578 | Certification of Formation of ACG Credit Company II, LLC, as of 4/15/10, ACGII 004420 | |
| 2579 | Secured Term Note from Hearst to ACG Credit Company, LLC, $2,000,000, 7/1/04, ACGII 004443-67 | |
| 2580 | Art Capital Group Corporate Structure, ACGII 004508 | Hearsay |
| 2581 | Agreement of Sale between ACG Galleries, LLC and Fifth Avenue Art Limited Co., 4/20/09, ACGII 004509-18 | |
| 2582 | Letter from ACG Credit Company II, LLC to Veronica Hearst, Notice of Default and Demand for Collateral, 2/19/08, ACGII 004786-87 | Authenticity, foundation, completeness |
| 2583 | Secured Term Note from Hearst to Fine Art Finance, LLC, $600,000, 8/9/07, ACGII 004818-36 | |
| 2584 | Letter from Fine Art Finance, LLLC to Veronica Hearst, re Notice of Default on 8/9/07 Note, 2/15/08, ACGII 004838-45 | Authenticity, foundation, completeness |
| 2585 | Art Capital Group, Inc. Consolidated - Year End 12/31/09 - Tax Basis Trial Balance by Tax Code, ACGII 009733-37 | Authenticity, foundation, hearsay |
| 2586 | Art Capital Group, Inc. Consolidated - Year End 12/31/08 - Tax Basis Trial Balance by Tax Code, ACGII 009729-32 | Authenticity, foundation, hearsay |
| 2587 | Emails between Shida Yeung of SageCrest and Laurel Choate of SageCrest re $300,00 write-down on ART, 1/13/09, SCII_016754 | |
| 2588 | Email from Shida Yeung to Alan Milton 2/1/10 re Ramis Barquet and Collateral, SCII_005978-80 (Milton 6) | |
| 2589 | Email from Shida Yeung to Ramis Barquet sending Amendment No. 4 to Barquet Loan; Collateral for Amendment No. 4; 5/6/10, SCII_006056-66 (Milton 7) | |
| 2590 | Email from Alan Milton to Ramis Barquet 2/25/09 re Barquet Amendment, SCII_005149-53 (Milton 4) | |
| 2591 | Email from Alan Milton to Ralph Harrison 8/25/10 re Barquet, SCII_18745 (Milton 5) | |
| 2592 | Emails between SageCrest and Tawil re Warhol Motorcycles, 11/16/09 SCII_005877-79 (Milton 9) | |
| 2593 | Agreement of Sale between ACG Galleries, LLC and Fifth Avenue Art Limited Co., 4/20/09, ACGII 005492-8 | |

| | | |
|---|---|---|
| 2594 | Amendment No. 1 to So-Ordered Settlement Stipulation, ACGII 006190-3 | Authenticity, foundation, completeness |
| 2595 | Email from Ian Peck to Robert Loibl 7/7/08, ACGII 005991-92 | Hearsay |
| 2596 | Email from Ian to Chase Bank re Opening the Blocked Account, ACGII 006521-26 | Hearsay |
| 2597 | Bill of Sale from ACG Galleries, LLC to Fifth Avenue Art Limited Co., 4/20/09 | Authenticity, foundation, hearsay, completeness |
| 2598 | Art Capital Group, LLC Consolidated Financial Statements, Year Ended December 31, 2005, Years Ended December 31, 2006 and 2005, Year Ended December 31, 2007, Years Ended December 31, 2008 and 2007, Years Ended December 31, 2009 and 2008, plus General Trial Ledgers through 12/31/12 | Authenticity, foundation, hearsay |
| 2599 | Christie's seller agreement with SageCrest, SCII_019711-20 | Authenticity, foundation, completeness |
| 2600 | Christie's seller agreement with SageCrest, 7/18/01 SCII_019721-30 | |
| 2601 | Christie's seller agreement with SageCrest, SCII_019731-34 | Authenticity, foundation, completeness |
| 2602 | Consignment Agreement between William Doyle Galleries, Inc. and SageCrest Liquidating Trust, SCII_019736-41 | Exhibit description incorrect |
| 2603 | Consignment Agreement between William Doyle Galleries, Inc. and SageCrest Liquidating Trust, 8/29/12, SCII_019742-45 | Authenticity, foundation, completeness |
| 2604 | Emails between SageCrest and Doyle New York, SCII_019748-50 | |
| 2605 | Emails between SageCrest and Doyle New York re signed consignment agreement, SCII_019751-52 | Completeness |
| 2606 | Email from Doyle New York to Laurel Choate, 8/15/12 re consignment agreement, SCII_019763 | Completeness |
| 2607 | Email from Laurel Choate re Doyle Auction, 2/27/13, SCII_019772-73 | Completeness |
| 2608 | Christie's seller agreement with SageCrest, SCII_019875-84 | |
| 2609 | Enrico Navarra d/b/a Enrico Navarra New York Loan Documents, $5,000,000, 5/27/04, ACGII 000001-41 | |
| 2610 | Art Capital Group, Executive Summary, April 2001, P 00068-75 | Authenticity, foundation, hearsay |
| 2611 | Art Capital Group, LLC, Art Capital Group, Inc. Profit and Loss Statements, 2000 to 2003, ACG-HHH 01998 – ACG-HHH 02201 | Authenticity, foundation, hearsay |
| 2612 | Art Capital Group, Inc. Tax Return, 2000, P 00276-83 | Authenticity, foundation, hearsay, completeness |
| 2613 | Monthly Report of SageCrest II, LLC ACGII 005263-74 | |
| 2614 | Art Capital Group, Inc.'s formation minute book, ACGII_0101065-68 | Authenticity, foundation, hearsay, completeness, original required |
| 2615 | Art Capital Group, Inc.'s Tax Returns 2000, 2001, 2002, 2003, ACGII_0101069-76 | Authenticity, foundation, hearsay, completeness |

| | | |
|---|---|---|
| 2616 | Profit and Loss Statements for Art Capital Group, Inc. and Art Capital Group, LLC from 2000 - 2010, ACGII_0101077-87 | Authenticity, foundation, hearsay |
| 2617 | By-Laws of Fineartlease.com, Inc., ACGII_0101090-98 | |
| 2618 | Application for Authority of Fineartlease.com, Inc., ACGII_0101345-47 | |
| 2619 | Art Capital Group, Inc. 2000 tax return, ACGII_0101471-72 | Authenticity, foundation, hearsay, completeness |
| 2620 | Art Capital Group, Inc. 2001 tax return, ACGII_0101473-74 | Authenticity, foundation, hearsay, completeness |
| 2621 | Art Capital Group, Inc. 2002 tax return, ACGII_0101475-76 | Authenticity, foundation, hearsay, completeness |
| 2622 | Art Capital Group, Inc. 2003 tax return, ACGII_0101477-78 | Authenticity, foundation, hearsay, completeness |
| 2623 | $2,500,000 Demand Promissory Note from FineArtLease.com, Inc. to Ian Peck, ACGII_0101485 | |
| 2624 | Guaranty of Ian Peck for $40,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, ACGII_0101486 | |
| 2625 | [illegible] Promissory Note from FineArtLease.com, Inc. to Mark Peskin, ACGII_0101487 | |
| 2626 | Guaranty of Ian Peck for 10/5/00 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, ACGII_0101490 | |
| 2627 | $50,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, dated 10/5/00, ACGII_0101491 | |
| 2628 | $35,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin 11/3/10, ACGII_0101494 | |
| 2629 | Guaranty of Ian Peck for Promissory Note from FineArtLease.com, Inc. to Mark Peskin, 11/3/10, ACGII_0101495 | |
| 2630 | $24,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, 12/20/00, ACGII_0101498 | |
| 2631 | Guaranty of Ian Peck for $24,000 Promissory Note from FineArtLease.com, Inc. to Mark Peskin 12/20/00, ACGII_0101500 | |
| 2632 | Art Capital Group Executive Summary, ACGII_0101405-12 | Authenticity, foundation, hearsay |
| 2633 | Plaintiff's Proposed Findings of Fact and Conclusions of Law [53], SageCrest II LLC v. Evan Tawil, Adv. Proc. No. 11-5165, 8/26/13 | |
| 2634 | Plaintiff's Complaint [1] and Exhibit A [1-1], SageCrest II LLC v. Evan Tawil, Adv. Proc. No. 11-5165, 10/07/11 | |
| 2635 | Entry of Default Judgment [31], SageCrest II, LLC v. Alastair Crawford LLC et al., Adv. Proc. No. 11-05149 | |

| | | |
|---|---|---|
| 2636 | Plaintiff's Complaint [1], SageCrest II, LLC v. Alastair Crawford, LLC et al., Adv. Proc. No. 11-05149 | |
| 2637 | Disclosure Statement with Respect to Joint Plan of Liquidation, In Re SageCrest II LLC et al., 08-50754 [1136], 8/9/10 | |
| 2638 | Art Capital Group, Inc. JP Morgan Chase Online Transaction Reports, 4/21/08, 3/28/08, ACGII_005434-36 | Authenticity, foundation, hearsay completeness |
| 2639 | Monthly Report of Expenses for ACGII re Hearst and American Furniture, 7/18/08, ACG-II, ACGII_006369-80 | Authenticity, foundation, hearsay |
| 2640 | Administrative Expenses Report of Defendants 6/19/08 ACGII_006472-82 | Authenticity, foundation, hearsay |
| 2641 | Fees and Expenses Report 5/19/08 to 9/09, ACGII_007560-63 | Authenticity, foundation, hearsay |
| 2642 | ACG Credit Company LLC Checking Account Statement, April, 2007, ACGII_008475 | Authenticity, foundation, hearsay, completeness |
| 2643 | Art Capital Group, LLC Report Year End 12/31/08, ACGII_009597-606 | Authenticity, foundation, hearsay |
| 2644 | Art Capital Group, Inc. - Consolidated Trial Balance Year end 12/31/08, ACGII_009729-32 | Authenticity, foundation, hearsay |
| 2645 | Art Capital Group, Inc. - Consolidated Trial Balance Year end 12/31/09, ACGII_009733-37 | Authenticity, foundation, hearsay |
| 2646 | Fine Art Finance, LLC General Ledger 1/1/07 to 12/31/08, ACGII_009788 | Authenticity, foundation, hearsay |
| 2647 | Fine Art Finance, LLC General Ledger 1/1/08 to 1/31/09, ACGII_009803 | Authenticity, foundation, hearsay |
| 2648 | Art Capital Group - Navarra/Tawil/Barquet Collections, Liquidation Value Resale Summary Appraisal Report, 4/2009, ACGII_009857-81 | Authenticity, foundation, hearsay |
| 2649 | Email with attachment from Ian Peck to Chase Bank dated 6/18/08 re Blocked Account Agreement, ACGII_005976-81 | Hearsay |
| 2650 | Order by Judge Bransten dated June 8, 2010 in Assigned Loans Case, SageCrest II, LLC v. Ian S. Peck et al.,No. 600166/2009 | |
| 2651 | ACG Credit Company, LLC - Certification from Secretary of State, 4-15-10, ACGII_004417 | |
| 2652 | ACG Credit Company II, LLC - Certification from Secretary of State, 4-15-10, ACGII_004420 | |
| 2653 | Certificate of Formation of ACG Credit Company II, LLC, ACGII_005645-46 | |
| 2654 | Cohen and Wolf, P.C. Legal Bills, ACGII_0103266-0103339 | Authenticity, foundation, hearsay, completeness |
| 2655 | Legal Bills for Other of Defendants' Law Firms in connection with SageCrest II, LLC Litigation and Related Litigation, ACGII_0103340-613 | Authenticity, foundation, hearsay, completeness |
| 2656 | Certificate of Formation of Art Capital Group, LLC, | |

|   |   |   |
|---|---|---|
|   | ACGII_0100203-04 |   |
| 2657 | Certificate of Formation of ACG Galleries, LLC, ACGII_0100205-06 |   |
| 2658 | Certificate of Formation of Fine Art Finance, LLC, ACGII_0100207, 01000211 |   |
| 2659 | Operating Agreement of Fine Art Finance, LLC, ACGII_0100208-10 |   |
| 2660 | Certificate of Formation of ACG Credit Company II, LLC, ACGII_0100212-13 |   |
| 2661 | Certificate of Incorporation of Fineartlease.com, Inc., ACGII_0100214-17 |   |
| 2662 | Certificate of Amendment of Fineartlease.com, Inc. changing its name to Art Capital Group, Inc., ACGII_0100218-19 |   |
| 2663 | Management Services Agreement between Art Capital Group, LLC, ACG Credit Company, LLC, Fine Art Finance, LLC, and Art Capital Group, Inc., 8/13/03, ACGII_0100220-23 | Foundation, hearsay |
| 2664 | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/08, ACGII_0100224 | Authenticity, foundation, hearsay |
| 2665 | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/09, ACGII_0100225 | Authenticity, foundation, hearsay |
| 2666 | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/10, ACGII_0100226 | Authenticity, foundation, hearsay |
| 2667 | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/11, ACGII_0100227 | Authenticity, foundation, hearsay |
| 2668 | Art Capital Group, LLC Consolidated Financial Statements Year Ended 12/31/05, ACGII_0100228-42 | Authenticity, foundation, hearsay |
| 2669 | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/06 and 2005, ACGII_0100243-57 | Authenticity, foundation, hearsay |
| 2670 | Art Capital Group, LLC Consolidated Financial Statements Year Ended 12/31/07, ACGII_0100258-71 | Authenticity, foundation, hearsay |
| 2671 | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/08 and 2007, ACGII_0100272-86 | Authenticity, foundation, hearsay |
| 2672 | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/09 and 2008, ACGII_0100287-300 | Authenticity, foundation, hearsay |
| 2673 | Art Capital Group, LLC Consolidating Statement of Income Year Ended 12/31/09, ACGII_0100301 | Authenticity, foundation, hearsay |
| 2674 | ACG Credit Company, LLC - General Ledger Trial Balance as of 12/31/09, ACGII_0100302 | Authenticity, foundation, hearsay |
| 2675 | ACG Credit Company II, LLC General Ledger Trial Balance as of 12/31/09, ACGII_0100303 | Authenticity, foundation, hearsay |

| | | |
|---|---|---|
| 2676 | ACG Finance Company, LLC General Ledger Trial Balance as of 12/31/09, ACGII_0100304 | Authenticity, foundation, hearsay |
| 2677 | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/09, ACGII_0100305 | Authenticity, foundation, hearsay |
| 2678 | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/10, ACGII_0100306 | Authenticity, foundation, hearsay |
| 2679 | ACG Credit Company II, LLC, General Ledger Trial Balance as to 12/31/10, ACGII_0100307 | Authenticity, foundation, hearsay |
| 2680 | ACG Finance Company, LLC General Ledger Trial Balance as of 12/31/10, ACGII_0100308 | Authenticity, foundation, hearsay |
| 2681 | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/10, ACGII_0100309 | Authenticity, foundation, hearsay |
| 2682 | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100310 | Authenticity, foundation, hearsay |
| 2683 | ACG Credit Company II, LLC, General Ledger Trial Balance as to 12/31/11, ACGII_0100311 | Authenticity, foundation, hearsay |
| 2684 | ACG Finance Company, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100312 | Authenticity, foundation, hearsay |
| 2685 | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100313 | Authenticity, foundation, hearsay |
| 2686 | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100314 | Authenticity, foundation, hearsay |
| 2687 | ACG Credit Company II, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100315 | Authenticity, foundation, hearsay |
| 2688 | ACG Finance Company, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100316 | Authenticity, foundation, hearsay |
| 2689 | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100317 | Authenticity, foundation, hearsay |
| 2690 | Art Capital Group, Inc. Tax Return, 2008, ACGII 0100318 | Authenticity, foundation, hearsay, completeness |
| 2691 | Art Capital Group, Inc. Tax Return, 2009, ACGII 0100319 | Authenticity, foundation, hearsay, completeness |
| 2692 | ACG Credit Company, LLC, JP Morgan Chase Checking Account, 4/1/09 to 4/30/09, ACGII 0100320 | Authenticity, foundation, hearsay, completeness |
| 2693 | Fine Art Lease Com Inc., JP Morgan Chase Investor Report Statement, 11/1/02 to 11/30/12, ACGII 0100321 | Authenticity, foundation, hearsay, completeness |
| 2694 | Art Capital Group, Inc. JP Morgan Chase Checking Account, 12/1/11 to 12/30/11, ACGII 0100323 | Authenticity, foundation, hearsay, completeness |
| 2695 | Corporation Service Company invoice to Art Capital Group, LLC 7/9/12, ACGII_0100324 | Authenticity, foundation, hearsay, completeness |
| 2696 | Corporation Service Company invoice to ACG Credit Company, LLC 7/9/12, ACGII_0100325 | Authenticity, foundation, hearsay, completeness |

| | | |
|---|---|---|
| 2697 | Delaware Corporate Services Inc. Invoice 10/3/12 for ACG Finance Company LLC, ACG_0100326 | Authenticity, foundation, hearsay, completeness |
| 2698 | Corporation Service Company invoice to Fine Art Finance, LLC 3/10/12, ACGII_0100327 | Authenticity, foundation, hearsay, completeness |
| 2699 | Corporation Service Company invoice to ACG Galleries, LLC 2/11/12, ACGII_0100328 | Authenticity, foundation, hearsay, completeness |
| 2700 | ACG Credit Company, LLC, JP Morgan Chase Checking Account, 2/1/12 to 2/29/12, ACGII 0100331 | Authenticity, foundation, hearsay, completeness |
| 2701 | Art Capital Group, Inc. JP Morgan Chase Checking Account, 4/30/11 to 5/31/11, ACGII 0100332 | Authenticity, foundation, hearsay, completeness |
| 2702 | Corporation Service Company invoice to ACG Credit Company, LLC 9/10/11, ACGII_0100333 | Authenticity, foundation, hearsay, completeness |
| 2703 | Art Capital Group, LLC Consolidating Statements of Income Twelve Months ending 12/31/10, ACGII_0103124-25 | Authenticity, foundation, hearsay |
| 2704 | Art Capital Group, LLC Consolidated Balance Sheet Twelve Months ending 12/31/10, ACGII_0103126-27 | Authenticity, foundation, hearsay |
| 2705 | Art Capital Group, LLC Consolidating Balance Sheet 12/31/12, ACGII_0103128 | Authenticity, foundation, hearsay |
| 2706 | Art Capital Group, LLC Consolidating Statements of Income Twelve Months ending 12/31/12, ACGII_0103129 | Authenticity, foundation, hearsay |
| 2707 | Art Capital Group, Inc. Stock Certificate (100 shares) to Ian S. Peck, 3/9/01, ACGII_0103140 | |
| 2708 | Art Capital Group, Inc. Stock Certificate (3,999,900 shares) to Ian S. Peck, 3/9/01, ACGII_0103141 | |
| 2709 | Art Capital Group Loan Summary, ACGII_0103142-201 | Authenticity, foundation, hearsay |
| 2710 | Certificate of Formation of ACG Credit Company, LLC, ACGII_0103202-03 | |
| 2711 | Certificate of Formation of ACG Credit Company, LLC, ACGII_0103204 | |
| 2712 | Operating Agreement of ACG Credit Company, LLC, ACGII_0103205-08 | |
| 2713 | Written Consent of Sole Member of ACG Credit Company, LLC, ACG_0103209 | |
| 2714 | ACG Finance Company, LLC Resolutions of Sole Member, ACGII_0103210-11 | |
| 2715 | Art Capital Group Portfolio Summary, ACGII_0103212 | Authenticity, foundation, hearsay |
| 2716 | American Photography, LLC Limited Liability Company Operating Agreement, ACGII_0103213-25 | Foundation, hearsay |
| 2717 | Sole Director's Certificate of American Photography, LLC, ACGII_0103226-27 | Foundation, hearsay |
| 2718 | Application for Authority of ACG Credit Company II, LLC, ACGII_0103228-29 | |
| 2719 | Certificate of Formation of Art Capital Group, LLC, ACGII_0103230-31 | |
| 2720 | Certificate of Good Standing and Legal Existence as of 8/14/03 of Art Capital Group, LLC, ACGII_0103232 | |

| | | |
|---|---|---|
| 2721 | Operating Agreement of Art Capital Group, LLC, ACGII_0103233-36 | |
| 2722 | Certificate of Publication of ACG Credit Company, LLC, 8/4/10, ACGII_0103239 | |
| 2723 | Operating Agreement of Art Capital Group, LLC, ACGII_0103240-43 | |
| 2724 | Art Capital Group, LLC Resolutions of the Sole Member, ACGII_0103244-45 | |
| 2725 | Certificate of Formation of ACG Credit Company II, LLC, ACGII_0103246-47 | |
| 2726 | Certified Documents from Delaware Secretary of State of ACG Finance Company, LLC, ACGII_0103248-50 | |
| 2727 | Certificate of Formation of Fine Art Finance, LLC, ACGII_0103251-52 | |
| 2728 | Certificate of Formation of Art Capital Group, LLC, ACGII_0103253-54 | |
| 2729 | Certified Documents from Delaware Secretary of State of Art Capital Group, Inc., ACGII_0103255-63 | |
| 2730 | Certificate of Formation of ACG Credit Company, LLC, ACGII_0103264-65 | |
| 2731 | Doc 135, In re SageCrest II, LLC, Case 08-50754, 10/14/08 | |
| 2732 | Doc 470, In re SageCrest II, LLC, Case 08-50754, 3/06/09 (Huber 2) | |
| 2733 | Liquidating Trust Agreement, In re SageCrest II, LLC, Case 08-50754, 12/02/11 (Huber 3) | |
| 2734 | Demand Letter from Cole Schotz on behalf of the SageCrest Liquidating Trust to Ramis Barquet and Barquet Group, Inc., 1/22/14 (Huber 5) | |
| 2735 | Plaintiff's "Additional Interest Calculation for $6.7 Million Balance," SCII_045232-61 (Huber 6) | Completeness |
| 2736 | SageCrest II, LLC JP Morgan Chase Bank Statement 5/11/115/31/11, SCGII_019687-89 (Huber 7) | Authenticity, foundation, hearsay, completeness |
| 2737 | Emails between Shida Yeung, Jack Huber, and Chris Brown, 5/18/11, 5/19/11, and 5/12/11, SCGII_021238-39 and 021510 (Huber 8) | Completeness |
| 2738 | Transaction History and emails between Navigant and JP Morgan Chase, 5/12/11, SCII_021511-14 (Huber 9) | Authenticity, foundation, hearsay |
| 2739 | Plaintiff's Accounting Entitled "ACG-II: $4.425MM Note," SCII_04562 (Huber 16) | Completeness |
| 2740 | Email from Laurel Choate to Jack Huber, 5/5/14, SCII_045264 (Huber 17) | |
| 2741 | Barquet Group Liquidating Trust Liquidating Trust Financial Projections, SCII_045441 (Huber 18) (Pennington 4) | Foundation, hearsay |
| 2742 | Email and attachment from John Drucker to Carter Pennington, 4/25/14, SCII_045343-44 (Huber 19) | Foundation, hearsay |

| | | |
|---|---|---|
| 2743 | Notebook of Laurel Choate, SCII_046721-936 (Huber 22) (Pennington 18) | |
| 2744 | Declaration of Carter Pennington [372], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 12/18/12 (Pennington 2) | Foundation, completeness, hearsay |
| 2745 | Order Confirming Plan of Barquet Group, Inc. [413], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 3/06/13 | |
| 2746 | Revised Second Amended Plan of Reorganization of Barquet Group, Inc. [317], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 10/8/12 | Foundation, completeness, hearsay |
| 2747 | Order Confirming Plan of Ramis Barquet [414], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 3/06/13 | |
| 2748 | Revised Second Amended Plan of Reorganization of Ramis Barquet [330], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 10/18/12 | Foundation, completeness, hearsay |
| 2749 | Schedule A-1 List of First Payment Threshold Primary Trust Inventory to be Transferred to the Liquidating Trust [319-1], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 10/08/12 | Foundation, completeness, hearsay |
| 2750 | Schedule A-2 List of First Payment Threshold Secondary Trust Inventory [319-2], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 10/08/12 | Foundation, completeness, hearsay |
| 2751 | Schedule B List of Additional Trust Inventory [319-3], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 10/08/12 | Foundation, completeness, hearsay |
| 2752 | Amended Proof of Claim of SageCrest II, LLC [Claim 25-2], In re Barquet Group, Inc., Case No. 11-13116 SDNY Bankr., 10/31/11 | Foundation, completeness, hearsay |
| 2753 | Liquidation Analysis [295-2], In re Barquet Group, Inc. and Ramis Barquet, Case No. 11-13116 SDNY Bankr., 9/21/12 (Pennington 3) | Foundation, completeness, hearsay |
| 2754 | Art Capital Group, Inc. JP Morgan Bank Account History 4/08 and 3/08, ACGII_009669-71 | Completeness |
| 2755 | Bank Statements for ACG Credit Company, LLC from 4/29/06 to 3/31/08, SCII_010548-872 | Authenticity, foundation, hearsay |
| 2756 | Transcript of Deposition of Alan Milton, 11/17/10 | Hearsay |
| 2757 | Transcript of Alastair Crawford, 11/16/10 | Hearsay |
| 2758 | Monthly Report Submitted to SageCrest II, LLC 6/19/09, SCII_008217-008235 | Authenticity, foundation, hearsay |
| 2759 | Documents related to SageCrest II, LLC's Assignment of Interests in So-Ordered Settlement Stipulation, SCII_008236-008246 | Completeness |
| 2760 | Due Diligence Documents provided by Defendants to SageCrest II, LLC, SCII_08247-SCII_009450 | Completeness |

| | | |
|---|---|---|
| 2761 | Allonges dated May 19, 2008, SCII_009451-009456 | |
| 2762 | Amended and Restated Master Investment Agreement between SCFR Limited and SageCrest II, LLC, 9/21/06, SCII_009457-009471 | |
| 2763 | Amended and Restated Master Investment Agreement between SageCrest Ltd. and SageCrest II, LLC, 9/21/06, SCII_009472-009487 | |
| 2764 | General Loan Document Assignment 5/19/08, SCII_009488-009491 | |
| 2765 | Letter from SageCrest Holdings Limited to ACG Credit Company II, LLC dated May 2008, SCII_009495-009496 | |
| 2766 | Letter from SageCrest II, LLC to ACG Credit Company, 1/25/06, SCII_009873 | |
| 2767 | Transcript Deposition of John Huber, 5/19/14 | Hearsay |
| 2768 | Barquet Liquidating Trust Class 4B Trust Beneficiary Payment Summary, SCII_045440 (Pennington 5) | Foundation, hearsay |
| 2769 | Complaint SageCrest II, LLC v. Ian S. Peck et al January 20, 2009 | |
| 2770 | Answer, Defenses, and Counterclaims of Defendants ACG Credit Company, LLC, ACG Credit Company II, LLC, Art Capital Group, LLC, ACG Finance Company, LLC and Ian Peck dated January 15, 2008 filed in *SageCrest II, LLC, v. ACG Credit Company, LLC et al.*, No. 600195-07, Supreme Court of the State of New York, County of New York | Hearsay |
| 2771 | Letter from Carter Pennington as Liquidating Trustee of the Barquet Liquidating Trust to Barquet Group, Inc., 1/31/14 (Pennington 6) | Foundation, hearsay |
| 2772 | Email with attachments from Carter Pennington to Laurel Choate, 5/7/13 (Pennington 7) | Foundation, hearsay |
| 2773 | Email with attachment from Carter Pennington to Laurel Choate, 7/30/2013 (Pennington 8) | Foundation, hearsay |
| 2774 | Barquet Liquidating Trust Philip's Selections Updated 3/17/14 (Pennington 9) | Foundation, hearsay |
| 2775 | Barquet Liquidating Trust Christie's Selections Information Provided by Christie's 4/30/14 (Pennington 10) | Foundation, hearsay |
| 2776 | Barquet Liquidating Trust Inventory Updated 2/5/14 (Pennington 11) | Foundation, hearsay |
| 2777 | Barquet Liquidating Trust Bank Statements (Pennington 12) | Foundation, hearsay |
| 2778 | Barquet Group Additional Trust Inventory Updated 4/21/14 (Pennington 13) | Foundation, hearsay |
| 2779 | Barquet Group Additional Trust Inventory Updated 4/21/14 – Last Page (Pennington 13A) | Foundation, hearsay |
| 2780 | Email with attachment from Carter Pennington to Jack Huber, 4/25/14 (Pennington 14) | Foundation, hearsay |
| 2781 | Email from Carter Pennington to Jack Huber, 4/29/14 (Pennington 15) | Foundation, hearsay |
| 2782 | Barquet Group Liquidating Trust Liquidating Trust | Foundation, hearsay |

<mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark><mark>

|  | | |
|---|---|---|
|  | Financial Projections, (Pennington 17) |  |
| 2783 | Emails between Jack Huber and Robert L. Leeds, 2/27/14, 2/26/14, ACGII_0103614 | Authenticity, foundation, relevance, hearsay |
| 2784 | Email from Robert L. Leeds to Jack Huber, 2/26/14, ACGII_0103615 | Authenticity, foundation, relevance, hearsay |
| 2785 | Emails between Robert L. Leeds and Jack Huber, 2/4/14, 2/3/14, ACGII_0103616-17 | Authenticity, foundation, relevance, hearsay |
| 2786 | Email from Jack Huber to Robert L. Leeds with attachment, 2/3/14, ACGII_0103618-22 | Authenticity, foundation, relevance, hearsay |
| 2787 | Emails between Robert L. Leeds and Jack Huber with cc to Frank Majorie, 2/27/14, 2/26/14, ACGII_0103623 | Authenticity, foundation, relevance, hearsay |

THE DEFENDANTS,

By:  /s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Vincent M. Marino
Federal Bar No. ct17186
Philip C. Pires
Federal Bar No. Ct28138
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:203.368.0211
Fax:  (203) 394-9901
E-mail: ahoffman@cohenandwolf.com
E-mail: vmarino@cohenandwolf.com
Email:  ppires@cohenandwolf.com