# EXHIBIT C

**Stipulation of Uncontroverted Facts**

1. SageCrest II, LLC ("SageCrest") was a Delaware limited liability company with its principal place of business located at 3 Pickwick Plaza, Suite 400, Greenwich, Connecticut 06830.

2. On August 17, 2008, SageCrest commenced a reorganization case by filing a voluntary petition for the relief afforded by Chapter 11 of Title 11 of the United States Code.

3. John D. Huber is the Trustee of the SageCrest Liquidating Trust pursuant to the terms of a Plan of Reorganization that was confirmed by the United States Bankruptcy Court for the District of Connecticut on December 13, 2011.

4. ACG Credit Company II, LLC is a Delaware limited liability company.

5. The sole member of ACG Credit Company II, LLC is Art Capital Group, LLC.

6. ACG Finance Company, LLC is a Delaware limited liability company.

7. The sole member of ACG Finance Company, LLC is Art Capital Group, LLC.

8. Defendant Fine Art Finance, LLC is a Delaware limited liability company.

9. The sole member of Fine Art Finance, LLC is Art Capital Group LLC.

10. ACG Credit Company, LLC is a Delaware limited liability company.

11. The sole member of ACG Credit Company, LLC is Art Capital Group, LLC.

12. Art Capital Group, LLC is a Delaware limited liability company.

13. Peck is the sole member of Art Capital Group, LLC.

14. Art Capital Group, Inc. is a Delaware corporation.

15. On May 19, 2008, SageCrest, Windmill Management, LLC, Alan Milton, Peck, ACG Credit Company, LLC, ACG Credit Company II, LLC, ACG Finance Company, LLC, Art

1

Capital Group, LLC, and Fine Art Finance, LLC executed the Settlement Stipulation and Mutual Release (the "So-Ordered Settlement Stipulation").

16.  The So-Ordered Settlement Stipulation was "so ordered" by the Honorable Eileen Bransten of the Supreme Court of the State of New York, County of New York.

17.  The So-Ordered Settlement Stipulation was entered by the Clerk of the Supreme Court of the State of New York, County of New York, on May 19, 2008.