# EXHIBIT D

**Agreed Statement of Contested Issues of Fact and Law**

1. The parties dispute the claims identified in the "Nature of the Case" section above, including the damages claims.

2. The parties dispute the issues of fact and law raised in Defendants' Motion to Dismiss [Dkt. No. 37] dated March 25, 2014, the Motions *in Limine,* and any memorandum or objection filed in connection with the trial.

3. The parties dispute the issues of fact and law concerning the respective rights and obligations arising from the May 19, 2008 Settlement Stipulation and the exhibits thereto.

1