UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC<br><br>    Plaintiff,<br><br> - against -<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL<br>GROUP, LLC, ART CAPITAL GROUP,<br>INC., ACG CREDIT<br>COMPANY, LLC, and IAN S. PECK,<br><br>    Defendants. | 3:13-cv-973-SRU |
| SAGECREST II, LLC<br><br>    Plaintiff,<br><br> - against -<br><br>IAN S. PECK, ACG CREDIT COMPANY II<br>LLC, ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE LLC, ART CAPITAL<br>GROUP, LLC, ART CAPITAL GROUP INC.,<br>and ACG CREDIT COMPANY, LLC,<br><br>    Defendants. | 3:13-cv-974-SRU<br><br><br><br><br><br><br><br><br>June 11, 2014 |

**NOTICE OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM OFFERING
CERTAIN EVIDENCE RELATING TO DEFENDANTS' ARRANGER'S FEES**

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Plaintiff's Motion *in Limine* to Preclude Defendants from Offering Certain Evidence

Relating to Defendants' Arranger's Fees, dated June 11, 2014, the Declaration of Robert S.

Friedman and the exhibits and attachments thereto, dated June 11, 2014, and any and all prior

-1-

pleadings and proceedings herein, Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust, by and through his undersigned counsel, Zeisler & Zeisler P.C. and Sheppard, Mullin, Richter & Hampton LLP, hereby moves this Court for an Order precluding Defendants[1] from offering evidence relating to Defendants' claim to arranger's fees arising from their loan to the Barquet Group, Inc. and the other Assigned Loans.

Dated: New York, New York
       June 11, 2014

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

/s/ Robert S. Friedman
Robert S. Friedman (admitted *pro hac vice*)
Mark E. McGrath (ct28814)

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
rfriedman@sheppardmullin.com
mmcgrath@sheppardmullin.com

- and –

James Berman (ct06027)
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234

*Attorneys for Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust*

---

[1] "Defendants" means ACG Credit Company II LLC ("ACG-II"), ACG Finance Company LLC ("ACG Finance"), Fine Art Finance, LLC ("Fine Art Finance"), Art Capital Group, LLC ("Art Capital LLC"), Art Capital Group, Inc. ("Art Capital Inc."), and ACG Credit Company, LLC ("ACG-I" and, together with ACG-II, Fine Art Finance, Art Capital LLC, and Art Capital Inc., the "Peck-controlled Entities"), and Ian S. Peck ("Peck").

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* was electronically filed via ECF, which effects service upon all parties who have entered an appearance in this case.

Dated this 11th day of June, 2014.

                                                  /s/Robert S. Friedman