UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC,<br><br>     Plaintiff,<br><br>     vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>     Defendants. | Case Nos.<br><br><br><br>3:13-cv-973-SRU<br><br><br><br><br>3:13-cv-974-SRU |
| SAGECREST II, LLC,<br><br>     Plaintiff,<br><br>     vs.<br><br>ACG CREDIT COMPANY II, LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>     Defendants. | <br><br><br><br><br><br><br><br>JUNE 17, 2014 |

## DEFENDANTS' REVISED EXHIBIT LIST

  Defendants submit the following list of exhibits they intend introduce at the trial of this matter. Defendants reserve their rights to mark and/or introduce: i) the pleadings and motions from this action, the Adversary Proceedings, any other adversary proceeding involving Plaintiff, Plaintiff's bankruptcy proceeding, and the bankruptcy proceedings of Ramis Barquet and Barquet Group, Inc.; (ii) any exhibit designated on

Plaintiff's exhibit list; (iii) any exhibit marked as an exhibit during a deposition. Defendants further reserve their rights to mark and/or introduce such additional exhibits as further evidence and testimony presented at trial as be required.  Defendants further reserve their rights to mark and/or introduce summary and/or demonstrative exhibits. Defendants further reserve their rights to mark and/or introduce any newly discovered evidence or supplemented document productions.

Defendants' counsel understand that based on their discussions with Plaintiff's counsel that all of the exhibits below will be full exhibits at trial (with Plaintiff still reserving the right to make objections to relevance and weight), with the exception of Exhibits 2507, 2580, and 2614, on which Plaintiff reserves its previously asserted objections.

Exhibits which Defendants Intend Introduce at Trial:

| Exhibit | Old Exhibit Number | Description |
|---|---|---|
| 2500 |  | The So-Ordered Settlement Stipulation, dated May 19, 2008 and all exhibits annexed thereto, SCII_009502 to SCII_009872 |
| 2501 | 2 | The Amended Complaint in the Assigned Loan Proceeding |
| 2503 | 4 | Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated October 22, 2010 and the documents referred to therein (Huber 20) |
| 2505 | 6 | Letter dated November 26, 2008 from SageCrest to certain Defendants (Milton 8) |
| 2507 | 16 | Fees and Expenses Report 9-10 since 5/19/08, ACGII 7088-89 |
| 2508 | 17 | Certificate of Formation of ACG Credit Company II, LLC, ACGII 7090-91 |
| 2509 | 18 | ACG Credit Company II, LLC General Ledger 5/1/08 through 9/30/09 ACGII 7092-95 |
| 2510 | 19 | ACG Credit Company II, LLC Bank Statements JP Morgan Chase from 7/31/10 through 8/31/10 showing 0.00 balance |

| | | |
|---|---|---|
| 2511 | 20 | Art Capital Group, LLC Consolidating Statement of Income year ended 12/31/08 and Consolidated Balance Sheets 12/31/08 and 12/31/07, ACGII 7121-24 |
| 2512 | 21 | Art Capital Group, LLC Consolidated Balance Sheet 9/30/10, ACGII 7125-28 |
| 2513 | 22 | Art Capital Group, LLC Consolidated Balance Sheet 12/31/09, ACGII 7129-32 |
| 2514 | 23 | Art Capital Group, LLC Consolidated Balance sheets 12/31/07 and 2007, ACGII 7133-36 |
| 2515 | 24 | ACG Credit Company LLC JP Morgan Chase bank account statements 2/28/09 through 4/30/09, ACGII 7137-40 |
| 2516 | 25 | Art Capital Group, Inc. JP Morgan Chase bank account statements 2/28/09 through 9/30/10, ACGII 7141-217 |
| 2517 | 27 | Art Capital Group, Inc. Tax Return 2008, ACGII 7219-43 |
| 2518 | 28 | Art Capital Group, Inc. Tax Return 2009, ACGII 7244-66 |
| 2519 | 29 | Art Capital Group, Inc. JP Morgan Chase Bank Statements 1/1/10 to 9/30/10, ACGII 7267-356 |
| 2520 | 30 | Art Capital Group, Inc. JP Morgan Chase Bank Statements 2/28/09 through 12/31/09, ACGII 7357-550 |
| 2521 | 31 | ACG Credit Company LLC JP Morgan Chase Bank Statements 2/28/09 through 4/30/09, ACGII 7551-58 |
| 2522 | 32 | Art Capital Group, LLC Consolidated Balance Sheet 12/31/07, ACGII 010197-98 |
| 2577 | 93 | Certification of Formation of ACG Credit Company, LLC as of 4-1-5-10, ACGII 004417-18 |
| 2578 | 94 | Certification of Formation of ACG Credit Company II, LLC, as of 4/15/10, ACGII 004420 |
| 2580 | 98 | Art Capital Group Corporate Structure, ACGII 004508 |
| 2585 | 104 | Art Capital Group, Inc.  Consolidated - Year End 12/31/09 - Tax Basis Trial Balance by Tax Code, ACGII 009733-37 |
| 2586 | 105 | Art Capital Group, Inc.  Consolidated - Year End 12/31/08 - Tax Basis Trial Balance by Tax Code, ACGII 009729-32 |
| 2592 | 141 | Emails between SageCrest and Tawil re Warhol Motorcycles, 11/16/09 SCII_005877-79 (Milton 9) |
| 2595 | 147 | Email from Ian Peck to Robert Loibl 7/7/08, ACGII 005991-92 |
| 2598 | 153 | Art Capital Group, LLC Consolidated Financial Statements, Year Ended December 31, 2005, Years Ended December 31, 2006 and 2005, Year Ended December 31, 2007, Years Ended December 31, 2008 and 2007, Years Ended December 31, 2009 and 2008, plus General Trial Ledgers through 12/31/12 |
| 2607 | 175 | Email from Laurel Choate re Doyle Auction, 2/27/13, SCII_019772-73 |
| 2611 | 358 | Art Capital Group, LLC, Art Capital Group, Inc. Profit and Loss Statements, 2000 to 2003, ACG-HHH 01998 – ACG-HHH 02001 |

| | | |
|---|---|---|
| 2614 | | Art Capital Group, Inc.'s formation minute book, ACGII_0101065-68 |
| 2615 | | Art Capital Group, Inc.'s Tax Returns 2000, 2001, 2002, 2003, ACGII_0101069-76 |
| 2616 | | Profit and Loss Statements for Art Capital Group, Inc. and Art Capital Group, LLC from 2000 - 2010, ACGII_0101077-87 |
| 2617 | | By-Laws of Fineartlease.com, Inc., ACGII_0101090-98 |
| 2618 | | Application for Authority of Fineartlease.com, Inc., ACGII_0101345-47 |
| 2623 | | $2,500,000 Demand Promissory Note from FineArtLease.com, Inc. to Ian Peck, ACGII_0101485 |
| 2625 | | $40,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, ACGII_0101487 |
| 2627 | | $50,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, dated 10/5/00, ACGII_0101491 |
| 2628 | | $35,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin 11/3/10, ACGII_0101494 |
| 2630 | | $24,000 Demand Promissory Note from FineArtLease.com, Inc. to Mark Peskin, 12/20/00, ACGII_0101498 |
| 2633 | | Plaintiff's Proposed Findings of Fact and Conclusions of Law [53], SageCrest II LLC v. Evan Tawil, Adv. Proc. No. 11-5165, 8/26/13 |
| 2635 | | Entry of Default Judgment [31], SageCrest II, LLC v. Alastair Crawford LLC et al., Adv. Proc. No. 11-05149 |
| 2639 | | Monthly Report of Expenses for ACGII re Hearst and American Furniture, 7/18/08, ACG-II, ACGII_006369-80 |
| 2640 | | Administrative Expenses Report of Defendants 6/19/08 ACGII_006472-82 |
| 2642 | | ACG Credit Company LLC Checking Account Statement, April, 2007, ACGII_008475 |
| 2643 | | Art Capital Group, LLC Report Year End 12/31/08, ACGII_009597-606 |
| 2644 | | Art Capital Group, Inc. - Consolidated Trial Balance Year end 12/31/08, ACGII_009729-32 |
| 2645 | | Art Capital Group, Inc. - Consolidated Trial Balance Year end 12/31/09, ACGII_009733-37 |
| 2648 | | Art Capital Group - Navarra/Tawil/Barquet Collections, Liquidation Value Resale Summary Appraisal Report, 4/2009, ACGII_009857-81 |
| 2649 | | Email with attachment from Ian Peck to Chase Bank dated 6/18/08 re Blocked Account Agreement, ACGII_005976-81 |
| 2650 | | Order by Judge Bransten dated June 8, 2010 in Assigned Loans Case, SageCrest II, LLC v. Ian S. Peck et al.,No. 600166/2009 |

| | | |
|---|---|---|
| 2651 | | ACG Credit Company, LLC - Certification from Secretary of State, 4-15-10, ACGII_004417 |
| 2652 | | ACG Credit Company II, LLC - Certification from Secretary of State, 4-15-10, ACGII_004420 |
| 2654 | | Cohen and Wolf, P.C. Legal Bills, ACGII_0103266-0103339 |
| 2655 | | Legal Bills for Other of Defendants' Law Firms in connection with SageCrest II, LLC Litigation and Related Litigation, ACGII_0103340-613 |
| 2656 | | Certificate of Formation of Art Capital Group, LLC, ACGII_0100203-04 |
| 2658 | | Certificate of Formation of Fine Art Finance, LLC, ACGII_0100207, 01000211 |
| 2659 | | Operating Agreement of Fine Art Finance, LLC, ACGII_0100208-10 |
| 2661 | | Certificate of Incorporation of Fineartlease.com, Inc., ACGII_0100214-17 |
| 2662 | | Certificate of Amendment of Fineartlease.com, Inc. changing its name to Art Capital Group, Inc., ACGII_0100218-19 |
| 2663 | | Management Services Agreement between Art Capital Group, LLC, ACG Credit Company, LLC, Fine Art Finance, LLC, and Art Capital Group, Inc., 8/13/03, ACGII_0100220-23 |
| 2664 | | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/08, ACGII_0100224 |
| 2665 | | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/09, ACGII_0100225 |
| 2666 | | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/10, ACGII_0100226 |
| 2667 | | Art Capital Group, LLC and Art Capital Group, Inc. Profit and Loss Statement 12 Months Ending 12/31/11, ACGII_0100227 |
| 2668 | | Art Capital Group, LLC Consolidated Financial Statements Year Ended 12/31/05, ACGII_0100228-42 |
| 2669 | | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/06 and 2005, ACGII_0100243-57 |
| 2670 | | Art Capital Group, LLC Consolidated Financial Statements Year Ended 12/31/07, ACGII_0100258-71 |
| 2671 | | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/08 and 2007, ACGII_0100272-86 |
| 2672 | | Art Capital Group, LLC Consolidated Financial Statements Years Ended 12/31/09 and 2008, ACGII_0100287-300 |
| 2673 | | Art Capital Group, LLC Consolidating Statement of Income Year Ended 12/31/09, ACGII_0100301 |
| 2674 | | ACG Credit Company, LLC - General Ledger Trial Balance as of 12/31/09, ACGII_0100302 |

| | | |
|---|---|---|
| 2675 | | ACG Credit Company II, LLC General Ledger Trial Balance as of 12/31/09, ACGII_0100303 |
| 2676 | | ACG Finance Company, LLC General Ledger Trial Balance as of 12/31/09, ACGII_0100304 |
| 2677 | | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/09, ACGII_0100305 |
| 2678 | | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/10, ACGII_0100306 |
| 2679 | | ACG Credit Company II, LLC, General Ledger Trial Balance as to 12/31/10, ACGII_0100307 |
| 2680 | | ACG Finance Company, LLC General Ledger Trial Balance as of 12/31/10, ACGII_0100308 |
| 2681 | | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/10, ACGII_0100309 |
| 2682 | | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100310 |
| 2683 | | ACG Credit Company II, LLC, General Ledger Trial Balance as to 12/31/11, ACGII_0100311 |
| 2684 | | ACG Finance Company, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100312 |
| 2685 | | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/11, ACGII_0100313 |
| 2686 | | ACG Credit Company, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100314 |
| 2687 | | ACG Credit Company II, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100315 |
| 2688 | | ACG Finance Company, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100316 |
| 2689 | | Fine Art Finance, LLC, General Ledger Trial Balance as of 12/31/12, ACGII_0100317 |
| 2700 | | ACG Credit Company, LLC, JP Morgan Chase Checking Account, 2/1/12 to 2/29/12, ACGII 0100331 |
| 2703 | | Art Capital Group, LLC Consolidating Statements of Income Twelve Months ending 12/31/10, ACGII_0103124-25 |
| 2704 | | Art Capital Group, LLC Consolidated Balance Sheet Twelve Months ending 12/31/10, ACGII_0103126-27 |
| 2705 | | Art Capital Group, LLC Consolidating Balance Sheet 12/31/12, ACGII_0103128 |
| 2706 | | Art Capital Group, LLC Consolidating Statements of Income Twelve Months ending 12/31/12, ACGII_0103129 |
| 2707 | | Art Capital Group, Inc. Stock Certificate (100 shares) to Ian S. Peck, 3/9/01, ACGII_0103140 |

| | | |
|---|---|---|
| 2708 | | Art Capital Group, Inc. Stock Certificate (3,999,900 shares) to Ian S. Peck, 3/9/01, ACGII_0103141 |
| 2711 | | Certificate of Formation of ACG Credit Company, LLC, ACGII_0103204 (Certificate of Good Standing) |
| 2712 | | Operating Agreement of ACG Credit Company, LLC, ACGII_0103205-08 |
| 2713 | | Written Consent of Sole Member of ACG Credit Company, LLC, ACG_0103209 |
| 2714 | | ACG Finance Company, LLC Resolutions of Sole Member, ACGII_0103210-11 |
| 2718 | | Application for Authority of ACG Credit Company II, LLC, ACGII_0103228-29 |
| 2719 | | Certificate of Formation of Art Capital Group, LLC, ACGII_0103230-31 |
| 2720 | | Certificate of Good Standing and Legal Existence as of 8/14/03 of Art Capital Group, LLC, ACGII_0103232 |
| 2722 | | Certificate of Publication of ACG Credit Company, LLC, 8/4/10, ACGII_0103239 |
| 2723 | | Operating Agreement of Art Capital Group, LLC, ACGII_0103240-43 |
| 2724 | | Art Capital Group, LLC Resolutions of the Sole Member, ACGII_0103244-45 |
| 2726 | | Certified Documents from Delaware Secretary of State of ACG Finance Company, LLC, ACGII_0103248-50 |
| 2730 | | Certificate of Formation of ACG Credit Company, LLC, ACGII_0103264-65 |
| 2731 | | Doc 135, In re SageCrest II, LLC, Case 08-50754, 10/14/08 |
| 2732 | | Doc 470, In re SageCrest II, LLC, Case 08-50754, 3/06/09 (Huber 2) |
| 2733 | | Liquidating Trust Agreement, In re SageCrest II, LLC, Case 08-50754, 12/02/11 (Huber 3) |
| 2734 | | Demand Letter from Cole Schotz on behalf of the SageCrest Liquidating Trust to Ramis Barquet and Barquet Group, Inc., 1/22/14 (Huber 5) |
| 2735 | | Plaintiff's "Additional Interest Calculation for $6.7 Million Balance," SCII_045232-61 (Huber 6) |
| 2736 | | SageCrest II, LLC JP Morgan Chase Bank Statement 5/11/115/31/11, SCGII_019687-89 (Huber 7) |
| 2737 | | Emails between Shida Yeung, Jack Huber, and Chris Brown, 5/18/11, 5/19/11, and 5/12/11, SCGII_021238-39 and 021510 (Huber 8) |
| 2738 | | Transaction History and emails between Navigant and JP Morgan Chase, 5/12/11, SCII_021511-14 (Huber 9) |
| 2739 | | Plaintiff's Accounting Entitled "ACG-II: $4.425MM Note," SCII_045262 (Huber 16) |

| | | |
|---|---|---|
| 2741 | | Barquet Group Liquidating Trust Liquidating Trust Financial Projections, SCII_045441 (Huber 18) (Pennington 4) |
| 2755 | | Bank Statements for ACG Credit Company, LLC from 4/29/06 to 3/31/08, SCII_010548-872 |
| 2760 | | Due Diligence Documents provided by Defendants to SageCrest II, LLC, SCII_08247-SCII_009450<br>• Arranger's Agreement dated 5/27/04 between Navarra and Fine Art Finance, LLC, SCII_008259-008262<br>• Secured Term Loan Note from Navarra to ACG Credit Company LLC dated 5/27/04, SCII_008264-008296<br>• Amendment No. 3 to Secured Term Loan Note between Galleria Ramis Barquet, N.Y. Ltd., ACG Credit Company, LLC and Fine Art Finance, LLC SCII_008540-008543<br>• Amendment No. 2 to Secured Term Loan Note dated 6/43/04 between Galleria Ramis Barquet, N.Y. Ltd., ACG Credit Company, LLC and Fine Art Finance, LLC SCII_008558-008560<br>• Amendment No. 1 to Arranger's Agreement between Galleria Ramis Barquet, N.Y. Ltd., ACG Credit Company, LLC and Fine Art Finance 11/9/04, LLC SCII_008562-008563<br>• Arranger's Agreement between Galleria Ramis Barquet, N.Y. Ltd., ACG Credit Company, LLC and Fine Art Finance, LLC SCII_008564-008566<br>• Secured Loan note between Galleria Ramis Barquet, N.Y. Ltd. and ACG Credit Company, LLC 9/27/04 SCII_008567-008604<br>• Arranger's Agreement between Alastair Crawford and Fine Art Finance, LLC 4/28/06 SCII_008842-008844<br>• Secured Term Loan Note between Alastair Crawford and Fine Art Finance, LLC 4/28/06, SCII_008845-008858<br>• Loan and Security Agreement for $1,000,000 Senior Credit Facility among Alastair Crawford, Alastair Crawford, LLC, and Fine Art Finance, LLC, 5/21/07, SCII_008876-008909<br>• Arranger's Agreement between Alastair Crawford and Fine Art Finance, LLC in connection with $1,000,000 Credit Facility, 5/21/07, SCII_008910-008912<br>• Promissory Note from Alastair Crawford to Fine Art Finance, LLC 5/21/07, SCII_008913-008914<br>• Loan and Security Agreement for $100,000 Senior Credit Facility among Evan Tawil and Fine Art Finance, LLC, 8/11/06 and $100,000 Promissory Note, SCII_009009-009038<br>• Arranger's Agreement between Evan Tawil and Fine Art Finance, LLC 8/11/06, SCII_009039-009041 |

|      |   |   |
|------|---|---|
|      |   | • Commission amendment to Loan and Security Agreement between Evan Tawil and Fine Art Finance, LLC 11/9/07, SCII_009066-009070 |
| 2761 |   | Allonges dated May 19, 2008, SCII_009451-009456 |
| 2765 |   | Letter from SageCrest Holdings Limited to ACG Credit Company II, LLC dated May 2008, SCII_009495-009496 |
| 2766 |   | Letter from SageCrest II, LLC to ACG Credit Company, 1/25/06, SCII_009873 |
| 2767 |   | Transcript Deposition of John Huber, 5/19/14 |
| 2768 |   | Barquet Liquidating Trust Class 4B Trust Beneficiary Payment Summary, SCII_045440 (Pennington 5) |
| 2769 |   | Complaint SageCrest II, LLC v. Ian S. Peck et al January 20, 2009 |
| 2771 |   | Letter from Carter Pennington as Liquidating Trustee of the Barquet Liquidating Trust to Barquet Group, Inc., 1/31/14 (Pennington 6) |
| 2772 |   | Email with attachments from Carter Pennington to Laurel Choate, 5/7/13 (Pennington 7) |
| 2773 |   | Email with attachment from Carter Pennington to Laurel Choate, 7/30/2013 (Pennington 8) |
| 2774 |   | Barquet Liquidating Trust Philip's Selections Updated 3/17/14 (Pennington 9) |
| 2775 |   | Barquet Liquidating Trust Christie's Selections Information Provided by Christie's 4/30/14 (Pennington 10) |
| 2776 |   | Barquet Liquidating Trust Inventory Updated 2/5/14 (Pennington 11) |
| 2778 |   | Barquet Group Additional Trust Inventory Updated 4/21/14 (Pennington 13) |
| 2779 |   | Barquet Group Additional Trust Inventory Updated 4/21/14 – Last Page (Pennington 13A) |
| 2780 |   | Email with attachment from Carter Pennington to Jack Huber, 4/25/14 (Pennington 14) |
| 2781 |   | Email from Carter Pennington to Jack Huber, 4/29/14 (Pennington 15) |
| 2782 |   | Barquet Group Liquidating Trust Liquidating Trust Financial Projections, (Pennington 17) |
| 2783 |   | Emails between Jack Huber and Robert L. Leeds, 2/27/14, 2/26/14, ACGII_0103614 |
| 2784 |   | Email from Robert L. Leeds to Jack Huber, 2/26/14, ACGII_0103615 |
| 2785 |   | Emails between Robert L. Leeds and Jack Huber, 2/4/14, 2/3/14, ACGII_0103616-17 |
| 2786 |   | Email from Jack Huber to Robert L. Leeds with attachment, 2/3/14, ACGII_0103618-22 |

|     |                              | Plaintiff's Exhibits that Defendants Intend to Use |
| --- | ---------------------------- | -------------------------------------------------- |
| 173 | SCII_005365-<br>SCII_005733  | Email from S.Yeung to A.Cirker, dated October 23, 2008, with attachment |
| 562 | SCII_009896-<br>SCII_009903  | Bill of Sale, Assignment and Assumption and Consent Agreement between ACG Credit Company, LLC, ACG Credit Company II, LLC, and SageCrest II, LLC, dated Mar. 10, 2006. |
| 563 | SCII_009904-<br>SCII_009909  | Letter Agreement between Art Capital Group, LLC, and SageCrest II, LLC, dated July 11, 2005. |
| 752 | SCII_003599-<br>SCII_003600  | Email from M.McGrath to M.Arnott, dated May 14, 2008. |
| 959 | SCII_010008-<br>SCII_010112  | SageCrest II, LLC Revolving Credit Facility to ACG Credit Company, LLC, closing date Aug. 20, 2003. |

                THE DEFENDANTS,

                By:  /s/ Ari J. Hoffman
                Ari J. Hoffman, Esq.
                Federal Bar No. ct22516
                Vincent M. Marino
                Federal Bar No. ct17186
                Philip C. Pires
                Federal Bar No. Ct28138
                Cohen and Wolf, P.C.
                1115 Broad Street
                Bridgeport, CT  06604
                Tele:203.368.0211
                Fax:   (203) 394-9901
                E-mail: ahoffman@cohenandwolf.com
                E-mail: vmarino@cohenandwolf.com
                Email:  ppires@cohenandwolf.com

**<u>CERTIFICATION</u>**

I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ari J. Hoffman
Ari J. Hoffman