Civil- (Dec-2008)

HONORABLE: S. R. Underhill
DEPUTY CLERK R. JAIMAN          RPTR/ECRO/TAPE S. Catucci
TOTAL TIME: _____ hours 15 minutes
DATE: 6/18/2014     START TIME: 9:21     END TIME: 9:36
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:13-cv-00973 JAM

In Re: SageCrest II, LLC.

Mark E. McGrath
Plaintiff's Counsel

vs

Ari J. Hoffman
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

| | | | | |
|---|---|---|---|---|
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ].....#____ | Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [✓]...dft | Oral Motion to Stay Case | [✓] granted | [ ] denied | [ ] advisement |
| [ ]..... | Oral Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ]..... | Oral Motion_____ | [ ] granted | [ ] denied | [ ] advisement |
| [ ]..... | Oral Motion_____ | [ ] granted | [ ] denied | [ ] advisement |

[ ]..... [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____

[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ [ ] filed [ ] docketed
[ ]............ _____ Hearing continued until _____ at _____