Civil- (Dec-2008)

**HONORABLE:** S. R. Underhill
**DEPUTY CLERK** R. JAIMAN          **RPTR/ECRO/TAPE** S. Catucci
**TOTAL TIME:** ____ hours 15 minutes
**DATE:** 6/18/2014     **START TIME:** 9:21     **END TIME:** 9:36
**LUNCH RECESS    FROM:** ____ **TO:** ____
**RECESS (if more than ½ hr)    FROM:** ____ **TO:** ____

**CIVIL NO.** 3:13-cv-00973 JAM

In Re: SageCrest II, LLC.

vs

Mark E. McGrath
Plaintiff's Counsel

Ari J. Hoffman
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion_____ [ ] granted [ ] denied [ ] advisement
[✓] ..dft    Oral Motion to Stay Case        [✓] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] .....    Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] ....     Oral Motion_____ [ ] granted [ ] denied [ ] advisement
[ ] .....    [ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ [ ] filed [ ] docketed
[ ] .......  _____ Hearing continued until _____ at _____