**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Robert S. Friedman
212.634.3058 direct
rfriedman@sheppardmullin.com

August 8, 2014

VIA ECF

Honorable Stefan R. Underhill
United States District Judge
United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, Connecticut 06604

Re: *Huber v. ACG Credit Company II, LLC, et al.* and *Huber v. Peck, et al.*;
Case Nos. 3:13-cv-973-SRU and 3:13-cv-974-SRU

Dear Judge Underhill:

We represent the Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust ("Plaintiff"), as assignee of SageCrest II, LLC, in the referenced actions. We write, pursuant to Your Honor's Pretrial Preferences, to request a telephonic conference to discuss scheduling of the trial that was adjourned after Defendant ACG Credit Company II, LLC ("ACG-II") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") on June 17th, the night before trial was to begin in this matter. In particular, Plaintiff would like to discuss the possibility of scheduling other potential trial dates in the event that the Court has one or more openings on its calendar due to the cancellation of other trials or proceedings.

As Your Honor is aware, Plaintiff moved for relief from the automatic stay in the Delaware Bankruptcy Court. That court granted limited relief to Plaintiff to set a trial date, and a final hearing on the motion is scheduled for August 27, 2014. Following the granting of the limited relief, we contacted Your Honor's clerk and the parties were provided with potential trial dates. Plaintiff is available on all of the potential dates (December 1-5, 2014; February 2-6, 2015; March 23-27, 2015; and March 30-April 3, 2015). Defendants have advised the Court that they are available on the February dates. Both prior to and after Defendants advised the Court as to their availability, we have tried to ascertain when Defendants are not available in the event that the Court has another matter that does not proceed. This is so that the parties can possibly have an earlier back-up date. Despite numerous efforts, Defendants' counsel has been unwilling to provide dates when they are not available.

# SheppardMullin

Honorable Stefan R. Underhill
August 8, 2014
Page 2

We believe it would be prudent to have potential alternative dates in the event that the Court has an opening because this matter was to be tried on June 18th and ACG-II filed its petition less than twelve hours before the start of the trial. Accordingly, we respectfully request that the Court schedule a telephonic conference to discuss potential back-up dates for the trial.

Respectfully submitted,

Robert S. Friedman
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


cc:  Vincent M. Marino, Esq. (via ECF & email)
     Ari J. Hoffman, Esq. (via ECF & email)
     Philip C. Pires, Esq. (via ECF & email)


SMRH:202384211.1