UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SAGECREST II LLC<br><br>JOHN D. HUBER, *as Trustee of the SageCrest Liquidating Trust*,<br>        Plaintiff,<br><br>        v.<br><br>ACG CREDIT CO., LLC, et al.,<br>        Defendants. | No. 3:13-cv-973 (SRU)<br>No. 3:13-cv-974 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On August 20, 2014, I held a phone conference on the record with Robert Friedman and Mark McGrath, counsel for the plaintiff; and Vincent Marino and Philip Pires, counsel for the defendants. The purpose of the conference was to discuss the plaintiff's request that the court set potential trial dates (doc. 76) in light of the Bankruptcy Court for the District of Delaware's Interim Order Partially Lifting the Automatic Stay on this case. *In Re: ACG Credit Co. II, LLC*, No. 04-bk-11500 (KJC) (*ACG Credit Co. II, LLC*, doc. 79).

I set the bench trial for a tentative date of October 27, 2014 through October 31, 2014, and a firm date of February 2, 2015 to February 6, 2015. On October 1, 2014, at 10 a.m., the parties will report whether they still have any conflicts related to an arbitration and a state trial also scheduled for October.

It is so ordered.

Dated at Bridgeport, Connecticut, this 21st day of August 2014.

                                    /s/ Stefan R. Underhill
                                    Stefan R. Underhill
                                    United States District Judge