```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

IN RE:                          :  No. 3:13CV-973 (SRU)
                                :  915 Lafayette Boulevard
                                :  Bridgeport, Connecticut
                                :
                                :  August 20, 2014
SAGECREST                       :

- - - - - - - - - - - - - - - - x


                      TELEPHONE CONFERENCE


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

A P P E A R A N C E S:

   FOR THE PLAINTIFF:

       SHEPPARD, MULLIN, RICHTER & HAMPTON
           30 Rockefeller Plaza, 24th FL
           New York, New York  10112
       BY:  ROBERT S. FRIEDMAN, ESQ.
            MARK E. MCGRATH, ESQ.

   FOR THE DEFENDANT:

       COHEN AND WOLF, P C
           1115 Broad Street
           Bridgeport, Connecticut  06604
       BY:  VINCENT MARINO, ESQ.
            PHILIP C. PIRES, ESQ.


                  Susan E. Catucci, RMR
                  Official Court Reporter
                  915 Lafayette Boulevard
                Bridgeport, Connecticut  06604
                      Tel: (917)703-0761
```

```
 1                  (11:30 O'CLOCK, A. M.)
 2              (Whereupon the following session was held in
 3      chambers telephonically.)
 4              THE COURT:  Stefan Underhill.
 5              MR. FRIEDMAN:  Yes, hello, Your Honor.  This is
 6      Robert Friedman from Shepherd Mullin, and with me is Mark
 7      McGrath, for plaintiff.  We have defense counsel on the
 8      phone as well.
 9              THE COURT:  Good morning, Your Honor.
10              UNKNOWN:  Good morning, Your Honor.
11              MR. MARINO:  Vincent Marino, good morning, Cohen
12      and Wolf.
13              THE COURT:  I'm sorry, I couldn't hear that.
14              MR. MARINO:  This is Vincent Marino from Cohen
15      and Wolf.  With me is Philip Pires.
16              THE COURT:  All right.  And I understand at
17      least some of you want to pick backup trial dates.
18              MR. FRIEDMAN:  Yes, Your Honor.  This is Robert
19      Friedman.  As I understand it, all parties are available
20      for trial on February 2nd which was one of the dates that
21      was Ms. Pannu gave us.  And in light of the fact that this
22      case was scheduled for trial and on the eve of trial ACG
23      filed for bankruptcy and is presently in bankruptcy still
24      with a pending motion to lift the stay, we got a modified
25      stay order granted with respect to contacting Your Honor
```

```
 1    to get a trial date.
 2              We, we are seeking, if possible, if we could get
 3    any backup dates that would be convenient for the Court
 4    and counsel earlier than February, if that is possible.
 5              MR. MARINO:  Your Honor, this is Vince Marino.
 6    In all candor we have a firm, what I consider to be a firm
 7    trial date in February.  Assuming that the bankruptcy stay
 8    is lifted and we can advance the proceeding at that point,
 9    and we have exhausted our schedules in anticipation of the
10    Court potentially inquiring of availability between now
11    and the end of the year and, quite frankly, the earliest
12    available date that we would have would be January 12th.
13    So, and so we would not be advancing the firm date that
14    much sooner than what is now scheduled, and it's my
15    understanding from what the Court had provided, is the
16    Court did not have availability at that point.  And also,
17    Your Honor, it would seem just from a scheduling matter,
18    that this is not a -- this was a case that requires some
19    preparation, you know, to be on some type of standby short
20    notice may prove difficult from a preparation perspective.
21              So, just for purposes of advancing this matter,
22    you know, we believe the firm date as scheduled should
23    stand.
24              MR. FRIEDMAN:  Your Honor, just as far as
25    scheduling, we're at the point now because we were, all
```

1  parties were ready to try this case and we certainly
2  recognize that there's going to be preparation time,
3  certainly not as much as if the parties had not prepared
4  for trial, and we were down successfully, the parties
5  negotiated limitations to the point where we had agreed
6  upon a protocol where we're likely talking about two
7  and-a-half days of trial.  That hasn't changed from our
8  standpoint.
9          So, you know, even if there would be, you know,
10 perhaps not two and-a-half consecutive days but two
11 and-a-half days in the same week, that would seem to be
12 something all parties and the Court, you know, if the
13 Court could accommodate us would be feasible in this type
14 of action.
15         MR. MARINO:  And obviously, Your Honor, we'll
16 abide by whatever the Court's desire is but, however, I've
17 always said in this case and I continue to say I think two
18 and-a-half days is grossly underestimating the length that
19 this trial is going to take, but that's why I -- when I
20 saw that Your Honor had given us I think it was a week's
21 time in February, I thought that was more realistic for
22 purposes of presentation of the evidence.
23         THE COURT:  Well, okay.  You know, I'd like to
24 get the trial scheduled as quickly as we can.  February is
25 a ways out and it was obviously trial ready, I took the

```
 1    bench to start the trial.  I tend to agree that two
 2    and-a-half days is unlikely to be enough time but -- what,
 3    what about the last week of October?
 4              MR. MARINO:  We are scheduled to be --
 5              MR. FRIEDMAN:  We would be ready, Your Honor.
 6              THE COURT:  All right.
 7              MR. PIRES:  Your Honor, we're not available that
 8    week.  Attorney Hoffman has a week long arbitration the
 9    week before.
10              MR. MARINO:  And I'm on trial, Your Honor.
11              THE COURT:  I'm not sure who's talking.
12              MR. MARINO:  That was Philip Pires who
13    identified Attorney Hoffman's schedule as he's on a
14    arbitration that last week and I am, Vince Marino, on
15    trial.
16              MR. FRIEDMAN:  Plaintiff would be ready that
17    week.
18              THE COURT:  Well, you know, I don't have lot of
19    other choices frankly.  We could put it here or there, but
20    the one time that I've got that's not currently behind
21    somebody else is that week.  Why don't we hold that week
22    tentative as a backup, and touch base, you know, October
23    1st or so and see where we are.  You know, arbitrations in
24    state court cases have a way of going away and it's still
25    a few months out.  So it may well be that that time frees
```

1    up for all of us.  Otherwise we've got the February,
2    February dates that are firm.
3              MR. MARINO:  All right.  So, Your Honor, so my
4    notes are clear, so we're going -- the February dates will
5    remain firm, with a potential backup date for us to report
6    back to Your Honor the beginning of October?
7              THE COURT:  Right.  Let's see whether the
8    arbitration and the state court trial that are the current
9    conflicts, whether they are still conflicts.  And if they
10   are not, you know, at the beginning of October, then
11   everybody ought to be in a position to get ready.
12             MR. FRIEDMAN:  Okay.
13             MR. MARINO:  Should we plan on scheduling a
14   conference call like this, Your Honor, for beginning of
15   October?
16             THE COURT:  Sure.  Let's, we can set it down for
17   the morning of October the 1st; how about that?
18             MR. FRIEDMAN:  That sounds good, Your Honor.
19             THE COURT:  Ten o'clock?
20             MR. FRIEDMAN:  All right.
21             MR. MARINO:  10/1 at 10:00 a. m.
22             THE COURT:  Right.
23             MR. FRIEDMAN:  And we're talking about the
24   backup dates specifically would be Monday October 27th.
25             THE COURT:  Correct.

```
 1              MR. FRIEDMAN:  Okay.
 2              THE COURT:  Okay, great.
 3              Anything else we can usefully do today?  I guess
 4     not, but --
 5              MR. FRIEDMAN:  No, no, Your Honor.
 6              THE COURT:  No, Your Honor.
 7              MR. FRIEDMAN:  Thank you very much.
 8              THE COURT:  Thank you all.  Best of luck.
 9              (Whereupon the above matter was adjourned at
10     11:40 o'clock, a. m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ Susan E. Catucci
_____

Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (917) 703-0761