**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SAGECREST II, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>    Defendants. | Case Nos.<br><br><br><br><br><br>3:13-cv-973-SRU |
| SAGECREST II, LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>ACG CREDIT COMPANY II, LLC,<br>ACG FINANCE COMPANY, LLC,<br>FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>    Defendants. | 3:13-cv-974-SRU<br><br><br><br><br><br><br><br><br><br>DECEMBER 10, 2014 |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

Pursuant to L. Civ. R. 7(e), Vincent M. Marino, Ari J. Hoffman, and Philip C.

Pires, all attorneys at Cohen and Wolf, P.C., all of whom have filed appearances for Ian

S. Peck, ACG Credit Company II LLC, ACG Finance Company, LLC, Fine Art Finance

LLC, Art Capital Group, LLC, Art Capital Group, Inc., and ACG Credit Company, LLC,

1

in the above-captioned consolidated actions  (collectively, "Defendants"), hereby move to withdraw those appearances, for the reasons set forth herein, which provide good cause for such withdrawal.

1.   Defendants have failed to meet their obligations contained in their retainer agreement with Cohen and Wolf, P.C.  There is a breakdown in the attorney-client relationship between Defendants and Cohen and Wolf, P.C.

2.  In accordance with L. Civ. R. 7(e), on December 10, 2014, Cohen and Wolf, P.C. sent copies of this motion to Defendants by e-mail and by certified mail, return receipt requested.

3.  In accordance with L. Civ. R. 7(e), on December 10, 2014, Cohen and Wolf, P.C. sent to Defendants, by e-mail and by certified mail, return receipt requested, a cover letter, advising each recipient that failure to either engage successor counsel or file a pro se appearance will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against each defendant.

WHEREFORE, the undersigned respectfully move that this Court enter an Order granting them leave to withdraw as counsel for Defendants in the above-captioned action.

Respectfully submitted,

/s/Vincent M. Marino
Vincent M. Marino
Federal Bar No. ct17186
Cohen and Wolf, P.C.
657 Orange Center Rd.
Orange, CT 06477
Telephone: (203) 298-4066
Facsimile: (203) 337-5582
vmarino@cohenandwolf.com

/s/ Ari J. Hoffman
Ari J. Hoffman, Esq.
Federal Bar No. ct22516
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:   (203) 394-9901
E-mail: ahoffman@cohenandwolf.com

/s/ Philip C. Pires
Philip C. Pires
Ct28138
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Telephone:   203.368.0211
Facsimile:    203.394.9901
ppires@cohenandwolf.com

3

## CERTIFICATION

I hereby certify that on the date of the filing, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Vincent M. Marino
Vincent M. Marino