UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAGECREST II, LLC<br><br>       Plaintiff,<br><br>- against -<br><br>ACG CREDIT COMPANY II, LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE, LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP, INC., ACG CREDIT COMPANY, LLC, and IAN S. PECK,<br><br>       Defendants. | 3:13-cv-973-SRU |
| SAGECREST II, LLC<br><br>       Plaintiff,<br><br>- against -<br><br>IAN S. PECK, ACG CREDIT COMPANY II LLC, ACG FINANCE COMPANY, LLC, FINE ART FINANCE LLC, ART CAPITAL GROUP, LLC, ART CAPITAL GROUP INC., and ACG CREDIT COMPANY, LLC,<br><br>       Defendants. | 3:13-cv-974-SRU<br><br>December 17, 2014 |

**DECLARATION OF ROBERT S. FRIEDMAN IN
OPPOSITION TO COHEN AND WOLF, P.C.'s MOTION TO WITHDRAW**

ROBERT S. FRIEDMAN, declares as follows:

1. I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, counsel to Plaintiff John D. Huber, as Trustee of the SageCrest Liquidating Trust ("Plaintiff"). I submit this declaration in opposition to the motion of Cohen and Wolf, P.C. ("C&W") to withdraw as counsel for Defendants ACG Credit Company II, LLC ("ACG-II"), ACG Finance Company LLC, Fine Art Finance, LLC, Art Capital Group, LLC, Art Capital Group, Inc., ACG Credit Company, LLC, and Ian S. Peck (collectively, "Defendants").

2. Except as otherwise stated below, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, would testify competently to those matters.

3. After diligently preparing, and conferring extensively with Defendants to narrow the issues and evidence for trial, Plaintiff, my colleagues and I were fully prepared to begin the trial on June 18, 2014.

4. At approximately 9:00 p.m., on June 17, 2014, counsel for the Defendants called one of my colleagues and advised us that ACG-II had filed a voluntary petition for chapter 11 relief in the United States Bankruptcy Court for the District of Delaware. Based upon ACG-II's filing, the Defendants moved to stay the this action and adjourn the trial.

5. Attached hereto as Exhibit A is a true and correct copy of the transcript of the June 18, 2014, proceedings in this action.

-2-

6. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's June, 20, 2014, Motion for Relief from the Automatic Stay, filed in the *In re: ACG Credit Company II, LLC* bankruptcy proceeding before the United States Bankruptcy Court for the District of Delaware (Case No. 14-11500) (the "Delaware Bankruptcy Action").

7. Attached hereto as Exhibit C is a true and correct copy of the Delaware Bankruptcy Court's July 21, 2014, Interim Order Granting Plaintiff's Motion for Relief from the Automatic Stay.

8. Attached hereto as Exhibit D is a true and correct copy of the July 17, 2014, Certification of Counsel with Respect to Proposed Interim Order Granting Motion for Relief from the Automatic Stay, filed in the Delaware Bankruptcy Action.

9. On April 4, 2014, Defendants filed a Motion to Withdraw the Reference from the Connecticut Bankruptcy Court. While SageCrest had grounds to oppose the motion to withdraw the reference, it stipulated to the withdrawal to avoid the possibility any parallel or duplicative proceedings.

10. Attached hereto as Exhibit E is a true and correct copy of a July 27, 2012, Order in the action entitled *Hilton Head Holdings v. Peck, et al.*, in the United States District Court for the Southern District of New York (Case No. 11-CIV-7768) (the "Hilton Head Action").

11. Attached hereto as Exhibit F is a true and correct copy of a July 31, 2013, Order in the Hilton Head Action.

12. Attached hereto as Exhibit G is a true and correct copy of an excerpt from the September 30, 2014, transcript of the trial in the action entitled *Hahn & Hessen LLP v. Peck, et al.*, in the Supreme Court of the State of New York, County of New York (Index No. 603122-2008).

13. Attached hereto as Exhibit H is a true and correct copy of the October 27, 2014, Affidavit of Leigh-Anne M. Raport filed in the Delaware Bankruptcy Action.

14. Attached hereto as Exhibit I is a true and correct copy of a $595,804.19 mortgage between Ian Peck and Sorin Royer Cooper LLC (the "Sorin Mortgage"), recorded with the Suffolk County Clerk on July 25, 2011.

15. Attached hereto as Exhibit J is a true and correct copy of the Satisfaction of the Sorin Mortgage, recorded with the Suffolk County Clerk on January 23, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on the 17th day of December, 2014.

/s/Robert S. Friedman<br>
Robert S. Friedman

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing DECLARATION OF ROBERT S. FRIEDMAN IN OPPOSITION TO COHEN AND WOLF, P.C.'s MOTION TO WITHDRAW and the exhibits annexed hereto were electronically filed via ECF, which effects service upon all parties who have entered an appearance in this case.

Dated this 17th day of December, 2014.

/s/Robert S. Friedman